AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Connor Pulliam, et al.

*Plaintiff(s)*

v.

Banana Blossom Thai Café, LLC, et al.

*Defendant(s)*

Civil Action No. 2025-cv-1341  G(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Banana Blossom Thai Café, LLC
760 Fairfield Ave
Gretna, LA 70056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Hope Phelps
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, Louisiana 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Carol L. Michel
*Name of clerk of court*

Date: ___Jul 01 2025___      *Deputy Clerk's Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BANANA BLOSSOM THAI CAFE, LLC__
was received by me on *(date)* __7/23/25__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __RATTANASAK CHOTIKARNUL__, who is designated by law to accept service of process on behalf of *(name of organization)* __BANANA BLOSSOM THAI CAFE, LLC__ on *(date)* __7/31/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __7/31/25__

_____
Server's signature

__DAVID DAY / PROCESS SERVER__
Printed name and title

__PO BOX 56972, NOLA__
Server's address

Additional information regarding attempted service, etc: