**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF  LOUISIANA**

**DOCKET NO. 2:25-cv-01341**                                           **DIVISION:**

**CONNOR PULLIAM, ERIC TRUONG, MAJELLA VILLAEBA, KATHERINE TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, individually and on behalf of those similarly situated**

**VERSUS**

**BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL**

**FILED:** _____                    _____

                                                              **DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

   **NOW INTO COURT**, with full reservation of all rights, including the right to object to the jurisdiction and/or venue of this Honorable Court, comes Defendants, **BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL,** appearing for the limited purposes of this motion, which requests an extension of 30 days from the signing of the Order (or for those defendants that have not yet been served, 30 days from which a response would be due) to respond to Plaintiff's Petition. Undersigned counsel does not waive service for any unserved defendants named herein. Mover hereby certifies that no previous extensions of time have been obtained regarding Plaintiff's Petition and no objection to the same has been filed in the record.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, by the CM/ECF system on August 20th, 2024.

/s/ John D. Perez
**JOHN D. PEREZ (#39302)**

Respectfully submitted,

**BUTLER McDONALD**

BY:    /s/ John D. Perez
**JOHN D. PEREZ (#39302)**
SARA J. BREAUX (#39819)
MARK R. LADD (#30847)
2450 Severn Avenue, Suite 400
Metairie, Louisiana 70001
Telephone: (504) 285-5440
Facsimile: (504) 407-2101
E-mail: jperez@bmcdlaw.com
E-mail: sarab@bmcdlaw.com
E-mail: mladd@bmcdlaw.com
***Counsel for Defendant***