**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DOCKET NO. 2:25-cv-01341**                                                                 **DIVISION:**

**CONNOR PULLIAM, ERIC TRUONG, MAJELLA VILLAEBA, KATHERINE TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, individually and on behalf of those similarly situated**

**VERSUS**

**BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL**

**FILED: _____**                                            _____

                                                                                                            **DEPUTY CLERK**

**ORDER**

Considering the foregoing;

**IT IS ORDERED** that Defendants, **BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL**, is hereby granted an additional thirty (30) days from the signing of this Order to file responsive pleadings to Plaintiff's Petition.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
Judge
Eastern District of Louisiana