UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CONNOR PULLIAM, ET AL.**                      **CIVIL ACTION**

**VERSUS**                                      **CASE NO. 25-1341**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**       **SECTION: "G"(5)**

# ORDER

Considering Defendants Banana Blossom Thai Café, LLC and Rattanasak Chotikarnul's Ex Parte Motion for Extension of Time to Plead,[1] because Defendants have not requested an extension prior to this request, in accordance with Local Rule 7.8,

**IT IS ORDERED** that the motion is **GRANTED**. Defendants are granted an additional twenty-one days to file responsive pleadings.[2]

**NEW ORLEANS, LOUISIANA**, this __21st__ day of August, 2025.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 7.

[2] Defendants request a 30-day extension of time. However, Local Rule 7.8 allows for a 21-day extension of time. If additional time is needed, Defendants must request seek consent from Plaintiffs' counsel.