UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 2:25-cv-01341                                      DIVISION:

CONNOR PULLIAM, ERIC TRUONG, MAJELLA VILLAEBA, KATHERINE TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, individually and on behalf of those similarly situated

VERSUS

BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL

FILED: _____                                _____
                                                            DEPUTY CLERK

**EXCEPTIONS, ANSWER AND AFFIRMATIVE DEFENSES**

**NOW INTO COURT,** comes Defendants, **BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY" CHOTIKARNUL,** through undersigned counsel, who submit the following in response to Plaintiffs' Complaint.

1.

The allegations contained in paragraph 1 of the Complaint are admitted.

2.

The allegations contained in paragraph 2 of the Complaint are denied

3.

The allegations contained in paragraph 3 of the Complaint are denied

4.

The allegations contained in paragraph 4 of the Complaint are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 5 of the Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 of the Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 of the Complaint are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 of the Complaint are denied.

9.

The allegations contained in paragraph 9 of the Complaint are denied.

10.

The allegations contained in paragraph 10 of the Complaint contain a conclusion of law to which no response is required.

11.

Defendants do not contest the allegations of Paragraph 11 as they relate to the jurisdiction.

12.

Defendants do not contest the allegations of Paragraph 12 as they relate to the jurisdiction.

13.

Paragraph 13 does not require a response from Defendants.

14.

Paragraph 14 does not require a response from Defendants.

15.

Paragraph 15 does not require a response from Defendants.

16.

Paragraph 16 does not require a response from Defendants.

17.

Paragraph 17 does not require a response from Defendants.

18.

Paragraph 18 does not require a response from Defendants.

19.

Paragraph 19 does not require a response from Defendants.

20.

Paragraph 20 does not require a response from Defendants.

21.

To the extent that paragraph 21 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.

22.

To the extent that paragraph 22 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.

23.

To the extent that paragraph 23 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.

24.

Paragraph 24 does not require a response from Defendants.

25.

Admitted.

26.

Admitted.

27.

Denied for lack of sufficient information to justify a belief therein.

28.

Denied for lack of sufficient information to justify a belief therein.

29.

Denied for lack of sufficient information to justify a belief therein.

30.

Denied for lack of sufficient information to justify a belief therein.

31.

Denied for lack of sufficient information to justify a belief therein.

32.

Denied for lack of sufficient information to justify a belief therein.

33.

Denied for lack of sufficient information to justify a belief therein.

34.

Denied for lack of sufficient information to justify a belief therein.

35.

Denied for lack of sufficient information to justify a belief therein.

36.

Denied for lack of sufficient information to justify a belief therein.

37.

Denied for lack of sufficient information to justify a belief therein.

38.

Denied for lack of sufficient information to justify a belief therein.

39.

Denied for lack of sufficient information to justify a belief therein.

40.

Denied for lack of sufficient information to justify a belief therein.

41.

Denied for lack of sufficient information to justify a belief therein.

42.

Denied for lack of sufficient information to justify a belief therein.

43.

Denied for lack of sufficient information to justify a belief therein.

44.

Denied for lack of sufficient information to justify a belief therein.

45.

Denied for lack of sufficient information to justify a belief therein.

46.

Denied for lack of sufficient information to justify a belief therein.

47.

Denied for lack of sufficient information to justify a belief therein.

48.

Denied for lack of sufficient information to justify a belief therein.

49.

Denied for lack of sufficient information to justify a belief therein.

50.

Denied for lack of sufficient information to justify a belief therein.

51.

Denied for lack of sufficient information to justify a belief therein.

52.

Denied for lack of sufficient information to justify a belief therein.

53.

Denied for lack of sufficient information to justify a belief therein.

54.

Denied for lack of sufficient information to justify a belief therein.

55.

Denied for lack of sufficient information to justify a belief therein.

56.

Denied for lack of sufficient information to justify a belief therein.

57.

Denied for lack of sufficient information to justify a belief therein.

58.

Denied for lack of sufficient information to justify a belief therein.

59.

The allegations of paragraph 59 of the Complaint are conclusions of law to which no response is required by Defendants.

60.

The allegations of paragraph 60 of the Complaint are conclusions of law to which no response is required by Defendants.

61.

Denied for lack of sufficient information to justify a belief therein.

62.

Denied for lack of sufficient information to justify a belief therein.

63.

Denied for lack of sufficient information to justify a belief therein.

64.

Denied for lack of sufficient information to justify a belief therein.

65.

Denied for lack of sufficient information to justify a belief therein.

66.

Denied for lack of sufficient information to justify a belief therein.

67.

Denied for lack of sufficient information to justify a belief therein.

68.

Denied for lack of sufficient information to justify a belief therein.

69.

Denied for lack of sufficient information to justify a belief therein.

70.

Denied for lack of sufficient information to justify a belief therein.

71.

Denied for lack of sufficient information to justify a belief therein.

72.

Denied for lack of sufficient information to justify a belief therein.

73.

Denied for lack of sufficient information to justify a belief therein.

74.

Denied for lack of sufficient information to justify a belief therein.

75.

Denied for lack of sufficient information to justify a belief therein.

76.

Denied for lack of sufficient information to justify a belief therein.

77.

Denied for lack of sufficient information to justify a belief therein.

78.

Denied for lack of sufficient information to justify a belief therein.

79.

Denied for lack of sufficient information to justify a belief therein.

80.

Denied for lack of sufficient information to justify a belief therein.

81.

Denied for lack of sufficient information to justify a belief therein.

82.

Denied for lack of sufficient information to justify a belief therein.

83.

Denied for lack of sufficient information to justify a belief therein.

84.

Denied for lack of sufficient information to justify a belief therein.

85.

Denied for lack of sufficient information to justify a belief therein.

86.

Denied for lack of sufficient information to justify a belief therein.

87.

Denied for lack of sufficient information to justify a belief therein.

88.

Denied for lack of sufficient information to justify a belief therein.

89.

Denied for lack of sufficient information to justify a belief therein.

90.

Denied for lack of sufficient information to justify a belief therein.

91.

Denied for lack of sufficient information to justify a belief therein.

92.

Denied for lack of sufficient information to justify a belief therein.

93.

Denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

95.

The allegations contained in paragraph 95 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

96.

The allegations contained in paragraph 96 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

97.

The allegations contained in paragraph 97 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

98.

The allegations contained in paragraph 98 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

99.

The allegations contained in paragraph 99 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

100.

The allegations contained in paragraph 100 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

101.

The allegations contained in paragraph 101 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

102.

The allegations contained in paragraph 102 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

103.

The allegations contained in paragraph 103 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

104.

The allegations contained in paragraph 104 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

105.

The allegations contained in paragraph 105 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

106.

Denied for lack of sufficient information to justify a belief therein.

107.

Denied for lack of sufficient information to justify a belief therein.

108.

The allegations contained in paragraph 108 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

109.

The allegations contained in paragraph 109 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

110.

Denied for lack of sufficient information to justify a belief therein.

111.

Denied for lack of sufficient information to justify a belief therein.

112.

Denied for lack of sufficient information to justify a belief therein.

113.

Denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in paragraph 114 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

115.

The allegations contained in paragraph 115 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

116.

Denied for lack of sufficient information to justify a belief therein.

117.

Denied for lack of sufficient information to justify a belief therein.

118.

Denied for lack of sufficient information to justify a belief therein.

119.

Denied for lack of sufficient information to justify a belief therein.

120.

Denied for lack of sufficient information to justify a belief therein.

121.

Denied for lack of sufficient information to justify a belief therein.

122.

The allegations contained in paragraph 122 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

123.

The allegations contained in paragraph 123 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

124.

The allegations contained in paragraph 124 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

125.

The allegations contained in paragraph 125 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

126.

The allegations contained in paragraph 126 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

127.

The allegations contained in paragraph 127 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

128..

Denied for lack of sufficient information to justify a belief therein.

129.

Denied for lack of sufficient information to justify a belief therein.

130.

Denied for lack of sufficient information to justify a belief therein.

131.

The allegations contained in paragraph 131 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

132.

Denied for lack of sufficient information to justify a belief therein.

133.

Denied for lack of sufficient information to justify a belief therein.

134.

Denied for lack of sufficient information to justify a belief therein.

135.

Denied for lack of sufficient information to justify a belief therein.

136.

The allegations contained in paragraph 136 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

137.

The allegations contained in paragraph 137 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

138.

Denied for lack of sufficient information to justify a belief therein.

139.

The allegations contained in paragraph 139 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

140.

Denied for lack of sufficient information to justify a belief therein.

141.

Denied for lack of sufficient information to justify a belief therein.

142.

Denied for lack of sufficient information to justify a belief therein.

143.

Denied for lack of sufficient information to justify a belief therein.

144.

Denied for lack of sufficient information to justify a belief therein.

145.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

146.

Denied for lack of sufficient information to justify a belief therein.

147.

The allegations contained in paragraph 147 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

148.

The allegations contained in paragraph 148 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

149.

Denied for lack of sufficient information to justify a belief therein.

150.

Denied for lack of sufficient information to justify a belief therein.

151.

The allegations contained in paragraph 151 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

152.

The allegations contained in paragraph 152 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

153.

Denied for lack of sufficient information to justify a belief therein.

154.

Denied for lack of sufficient information to justify a belief therein.

155.

Denied for lack of sufficient information to justify a belief therein.

156.

Denied for lack of sufficient information to justify a belief therein.

157.

Denied for lack of sufficient information to justify a belief therein.

158.

Denied for lack of sufficient information to justify a belief therein.

159.

Denied for lack of sufficient information to justify a belief therein.

160.

Denied for lack of sufficient information to justify a belief therein.

161.

The allegations contained in paragraph 161 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

162.

Denied for lack of sufficient information to justify a belief therein.

163.

Denied for lack of sufficient information to justify a belief therein.

164.

Denied for lack of sufficient information to justify a belief therein.

165.

Denied for lack of sufficient information to justify a belief therein.

166.

Denied for lack of sufficient information to justify a belief therein.

167.

Denied for lack of sufficient information to justify a belief therein.

168.

Denied for lack of sufficient information to justify a belief therein.

169.

Denied for lack of sufficient information to justify a belief therein.

170.

Denied for lack of sufficient information to justify a belief therein.

171.

Denied for lack of sufficient information to justify a belief therein.

172.

The allegations contained in paragraph 172 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

173.

The allegations contained in paragraph 173 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

174.

The allegations contained in paragraph 174 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

175.

The allegations contained in paragraph 175 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

176.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

177.

Denied for lack of sufficient information to justify a belief therein.

178.

The allegations contained in paragraph 178 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

179.

The allegations contained in paragraph 179 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

180.

The allegations contained in paragraph 180 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

181.

The allegations contained in paragraph 181 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

Plaintiffs' "Relief Requested" does not require a response from Defendants.

WHEREFORE, Defendants respectfully request that this Answer be deemed good and sufficient and that after all due proceedings be had, that Plaintiffs Complaint be dismissed, with prejudice, costs to be borne by the parties.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, through the CM/ECF. | **BUTLER McDONALD** |
| /s/ Sara J. Breaux<br>**SARA J. BREAUX (#39819)** | BY:  /s/ Sara J. Breaux<br>JOHN D. PEREZ (#39302)<br>MARK R. LADD (#30847)<br>**SARA J. BREAUX (#39819)**<br>2450 Severn Avenue, Suite 400<br>Metairie, Louisiana 70001<br>Telephone: (504) 285-5440<br>Facsimile: (504) 407-2101<br>E-mail: david@bmcdlaw.com<br>E-mail: molly@bmcdlaw.com<br>E-mail: sara@bmcdlaw.com<br>*Counsel for Defendants* |