UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CAFÉ, LLC, ET AL.** |
| **VERSUS** | **CIVIL ACTION CASE NO.** |
| **BANANA BLOSSOM THAI** | **25-1341 SECTION: "G"(5)** |

FILED: _____    _____
                                                    **DEPUTY CLERK**

## UNOPPOSED MOTION TO AMEND PETITION

     **NOW INTO COURT,** through undersigned counsel, comes Banana Blossom Thai Café, LLC("Banana Blossom") who files this Unopposed Motion to File Defendant's Amended Answer and Affirmative Responses against plaintiffs, Connor Pulliam, et al. ("Pullium").

     Undersigned counsel for Banana Blossom further asserts that counsel for Connor Pulliam, et. al has given written consent to the filing of the Amended Petition in the form attached hereto as Exhibit "A".  Defendants Amended Answer and Affirmative Defenses in the form attached hereto as Exhibit "B".

     **WHEREFORE,** Petitioner respectfully requests that this Honorable Court grant leave and order that the Defendant's First Amended Answer and Affirmative Defenses be filed into the record.

Respectfully submitted,

**BUTLER MCDONALD**

BY:     /s/*John D. Perez*_____
        DAVID M. MCDONALD (#30625)
        **JOHN D. PEREZ (#39302)**
        MARK R. LADD (#30847)
        KATHERINE JULIA HOLT (#39915)
        2450 Severn, Suite 400
        Metairie, Louisiana 70001
        Telephone: (504) 285-5440
        Facsimile: (504) 407-2101

e-mail: jperez@bmcdlaw.com
e-mail: jholt@bmcdlaw.com
**Counsel for Defendants**