Could you send a verification page signed by Jimmy for these responses?

Thank you!

William

[Quoted text hidden]

---

 **2025.09.18 - Banana Blossom -Defendant's Answer to First Set of Discovery Request.docx**
50K

---

**Julia Holt** <jholt@bmcdlaw.com>  Tue, Oct 21, 2025 at 12:47 PM
To: William Most <williammost@gmail.com>

Hey William, do you have any opposition to us filing an amended answer to this?

[Quoted text hidden]

---

**William Most** <williammost@gmail.com>  Tue, Oct 21, 2025 at 12:49 PM
To: Julia Holt <jholt@bmcdlaw.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Abigail Floresca <abigail@kennethbordes.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>

What would you be amending?

Thank you!

[Quoted text hidden]

---

**Julia Holt** <jholt@bmcdlaw.com>  Tue, Oct 21, 2025 at 12:52 PM
To: William Most <williammost@gmail.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Abigail Floresca <abigail@kennethbordes.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>, jperez@bmcdlaw.com

We would be amending to add affirmative defenses.

[Quoted text hidden]

---

**William Most** <williammost@gmail.com>  Tue, Oct 21, 2025 at 2:52 PM
To: Julia Holt <jholt@bmcdlaw.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Abigail Floresca <abigail@kennethbordes.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>, jperez@bmcdlaw.com

Plaintiffs do not oppose. Thank yoU!

[Quoted text hidden]

---

**Julia Holt** <jholt@bmcdlaw.com>  Tue, Oct 21, 2025 at 2:54 PM
To: William Most <williammost@gmail.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Abigail Floresca <abigail@kennethbordes.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>, jperez@bmcdlaw.com

Ok, thank you.

[Quoted text hidden]