UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF  LOUISIANA

DOCKET NO. 2:25-cv-01341                                      DIVISION:

CONNOR PULLIAM, ERIC TRUONG, MAJELLA VILLAEBA, KATHERINE
TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, individually and on
behalf of those similarly situated

VERSUS

BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY"
CHOTIKARNUL

FILED: _____

                                                          _____
                                                          DEPUTY CLERK

DEFENDANT'S FIRST AMENDED
ANSWER AND AFFIRMATIVE DEFENSES

NOW INTO COURT, comes Defendants, BANANA BLOSSOM THAI CAFE, LLC,

and, RATTANASAK "JIMMY" CHOTIKARNUL, through undersigned counsel, who submit

the following in response to Plaintiffs' Complaint.

1.

The allegations contained in paragraph 1 of the Complaint are admitted.

2.

The allegations contained in paragraph 2 of the Complaint are denied

3.

The allegations contained in paragraph 3 of the Complaint are denied

4.

The allegations contained in paragraph 4 of the Complaint are denied for lack of

sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 5 of the Complaint are denied for lack of

sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 of the Complaint are denied for lack of

sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 of the Complaint are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 of the Complaint are denied.

9.

The allegations contained in paragraph 9 of the Complaint are denied.

10.

The allegations contained in paragraph 10 of the Complaint contain a conclusion of law to which no response is required.

11.

Defendants do not contest the allegations of Paragraph 11 as they relate to the jurisdiction.

12.

Defendants do not contest the allegations of Paragraph 12 as they relate to the jurisdiction.

13.

Paragraph 13 does not require a response from Defendants.

14.

Paragraph 14 does not require a response from Defendants.

15.

Paragraph 15 does not require a response from Defendants.

16.

Paragraph 16 does not require a response from Defendants.

17.

Paragraph 17 does not require a response from Defendants.

18.

Paragraph 18 does not require a response from Defendants.

19.

Paragraph 19 does not require a response from Defendants.

20.

Paragraph 20 does not require a response from Defendants.

21.

To the extent that paragraph 21 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.

22.

To the extent that paragraph 22 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.


23.

To the extent that paragraph 23 of the Complaint consists of a legal conclusion as to the members of a class which may be added to this action, no response is required by Defendants.

24.

Paragraph 24 does not require a response from Defendants.

25.

Admitted.

26.

Admitted.

27.

Denied for lack of sufficient information to justify a belief therein.

28.

Denied for lack of sufficient information to justify a belief therein.

29.

Denied for lack of sufficient information to justify a belief therein.

30.

Denied for lack of sufficient information to justify a belief therein.

31.

Denied for lack of sufficient information to justify a belief therein.

32.

Denied for lack of sufficient information to justify a belief therein.

33.

Denied for lack of sufficient information to justify a belief therein.

34.

Denied for lack of sufficient information to justify a belief therein.

35.

Denied for lack of sufficient information to justify a belief therein.

36.

Denied for lack of sufficient information to justify a belief therein.

37.

Denied for lack of sufficient information to justify a belief therein.

38.

Denied for lack of sufficient information to justify a belief therein.

39.

Denied for lack of sufficient information to justify a belief therein.

40.

Denied for lack of sufficient information to justify a belief therein.

41.

Denied for lack of sufficient information to justify a belief therein.

42.

Denied for lack of sufficient information to justify a belief therein.

43.

Denied for lack of sufficient information to justify a belief therein.

44.

Denied for lack of sufficient information to justify a belief therein.

45.

Denied for lack of sufficient information to justify a belief therein.

46.

Denied for lack of sufficient information to justify a belief therein.

47.

Denied for lack of sufficient information to justify a belief therein.

48.

Denied for lack of sufficient information to justify a belief therein.

49.

Denied for lack of sufficient information to justify a belief therein.

50.

Denied for lack of sufficient information to justify a belief therein.

51.

Denied for lack of sufficient information to justify a belief therein.

52.

Denied for lack of sufficient information to justify a belief therein.

53.

Denied for lack of sufficient information to justify a belief therein.

54.

Denied for lack of sufficient information to justify a belief therein.

55.

Denied for lack of sufficient information to justify a belief therein.

56.

Denied for lack of sufficient information to justify a belief therein.

57.

Denied for lack of sufficient information to justify a belief therein.

58.

Denied for lack of sufficient information to justify a belief therein.

59.

The allegations of paragraph 59 of the Complaint are conclusions of law to which no

response is required by Defendants.

60.

The allegations of paragraph 60 of the Complaint are conclusions of law to which no

response is required by Defendants.

61.

Denied for lack of sufficient information to justify a belief therein.

62.

Denied for lack of sufficient information to justify a belief therein.

63.

Denied for lack of sufficient information to justify a belief therein.

64.

Denied for lack of sufficient information to justify a belief therein.

65.

Denied for lack of sufficient information to justify a belief therein.

66.

Denied for lack of sufficient information to justify a belief therein.

67.

Denied for lack of sufficient information to justify a belief therein.

68.

Denied for lack of sufficient information to justify a belief therein.

69.

Denied for lack of sufficient information to justify a belief therein.

70.

Denied for lack of sufficient information to justify a belief therein.

71.

Denied for lack of sufficient information to justify a belief therein.

72.

Denied for lack of sufficient information to justify a belief therein.

73.

Denied for lack of sufficient information to justify a belief therein.

74.

Denied for lack of sufficient information to justify a belief therein.

75.

Denied for lack of sufficient information to justify a belief therein.

76.

Denied for lack of sufficient information to justify a belief therein.

77.

Denied for lack of sufficient information to justify a belief therein.

78.

Denied for lack of sufficient information to justify a belief therein.

79.

Denied for lack of sufficient information to justify a belief therein.

80.

Denied for lack of sufficient information to justify a belief therein.

81.

Denied for lack of sufficient information to justify a belief therein.

82.

Denied for lack of sufficient information to justify a belief therein.

83.

Denied for lack of sufficient information to justify a belief therein.

84.

Denied for lack of sufficient information to justify a belief therein.

85.

Denied for lack of sufficient information to justify a belief therein.

86.

Denied for lack of sufficient information to justify a belief therein.

87.

Denied for lack of sufficient information to justify a belief therein.

88.

Denied for lack of sufficient information to justify a belief therein.

89.

Denied for lack of sufficient information to justify a belief therein.

90.

Denied for lack of sufficient information to justify a belief therein.

91.

Denied for lack of sufficient information to justify a belief therein.

92.

Denied for lack of sufficient information to justify a belief therein.

93.

Denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

95.

The allegations contained in paragraph 95 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

96.

The allegations contained in paragraph 96 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

97.

The allegations contained in paragraph 97 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

98.

The allegations contained in paragraph 98 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

99.

The allegations contained in paragraph 99 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

100.

The allegations contained in paragraph 100 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

101.

The allegations contained in paragraph 101 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

102.

The allegations contained in paragraph 102 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

103.

The allegations contained in paragraph 103 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

104.

The allegations contained in paragraph 104 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

105.

The allegations contained in paragraph 105 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

106.

Denied for lack of sufficient information to justify a belief therein.

107.

Denied for lack of sufficient information to justify a belief therein.

108.

The allegations contained in paragraph 108 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

109.

The allegations contained in paragraph 109 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

110.

Denied for lack of sufficient information to justify a belief therein.

111.

Denied for lack of sufficient information to justify a belief therein.

112.

Denied for lack of sufficient information to justify a belief therein.

113.

Denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in paragraph 114 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

115.

The allegations contained in paragraph 115 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

116.

Denied for lack of sufficient information to justify a belief therein.

117.

Denied for lack of sufficient information to justify a belief therein.

118.

Denied for lack of sufficient information to justify a belief therein.

119.

Denied for lack of sufficient information to justify a belief therein.

120.

Denied for lack of sufficient information to justify a belief therein.

121.

Denied for lack of sufficient information to justify a belief therein.

122.

The allegations contained in paragraph 122 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

123.

The allegations contained in paragraph 123 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

124.

The allegations contained in paragraph 124 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

125.

The allegations contained in paragraph 125 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

126.

The allegations contained in paragraph 126 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

127.

The allegations contained in paragraph 127 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

128..

Denied for lack of sufficient information to justify a belief therein.

129.

Denied for lack of sufficient information to justify a belief therein.

130.

Denied for lack of sufficient information to justify a belief therein.

131.

The allegations contained in paragraph 131 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

132.

Denied for lack of sufficient information to justify a belief therein.

133.

Denied for lack of sufficient information to justify a belief therein.

134.

Denied for lack of sufficient information to justify a belief therein.

135.

Denied for lack of sufficient information to justify a belief therein.

136.

The allegations contained in paragraph 136 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

137.

The allegations contained in paragraph 137 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

138.

Denied for lack of sufficient information to justify a belief therein.

139.

The allegations contained in paragraph 139 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

140.

Denied for lack of sufficient information to justify a belief therein.

141.

Denied for lack of sufficient information to justify a belief therein.

142.

Denied for lack of sufficient information to justify a belief therein.

143.

Denied for lack of sufficient information to justify a belief therein.

144.

Denied for lack of sufficient information to justify a belief therein.

145.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

146.

Denied for lack of sufficient information to justify a belief therein.

147.

The allegations contained in paragraph 147 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

148.

The allegations contained in paragraph 148 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

149.

Denied for lack of sufficient information to justify a belief therein.

150.

Denied for lack of sufficient information to justify a belief therein.

151.

The allegations contained in paragraph 151 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

152.

The allegations contained in paragraph 152 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

153.

Denied for lack of sufficient information to justify a belief therein.

154.

Denied for lack of sufficient information to justify a belief therein.

155.

Denied for lack of sufficient information to justify a belief therein.

156.

Denied for lack of sufficient information to justify a belief therein.

157.

Denied for lack of sufficient information to justify a belief therein.

158.

Denied for lack of sufficient information to justify a belief therein.

159.

Denied for lack of sufficient information to justify a belief therein.

160.

Denied for lack of sufficient information to justify a belief therein.

161.

The allegations contained in paragraph 161 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

162.

Denied for lack of sufficient information to justify a belief therein.

163.

Denied for lack of sufficient information to justify a belief therein.

164.

Denied for lack of sufficient information to justify a belief therein.

165.

Denied for lack of sufficient information to justify a belief therein.

166.

Denied for lack of sufficient information to justify a belief therein.

167.

Denied for lack of sufficient information to justify a belief therein.

168.

Denied for lack of sufficient information to justify a belief therein.

169.

Denied for lack of sufficient information to justify a belief therein.

170.

Denied for lack of sufficient information to justify a belief therein.

171.

Denied for lack of sufficient information to justify a belief therein.

172.

The allegations contained in paragraph 172 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

173.

The allegations contained in paragraph 173 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

174.

The allegations contained in paragraph 174 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

175.

The allegations contained in paragraph 175 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

176.

The allegations contained in paragraph 94 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

177.

Denied for lack of sufficient information to justify a belief therein.

178.

The allegations contained in paragraph 178 of the Complaint constitute a legal conclusion and do not require a response by Defendants.


179.

The allegations contained in paragraph 179 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

180.

The allegations contained in paragraph 180 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

181.

The allegations contained in paragraph 181 of the Complaint constitute a legal conclusion and do not require a response by Defendants.

**NOW INTO COURT,** through undersigned counsel comes Defendant Banana Blossom Thai Café, LLC, which responds to the Complaint filed by Plaintiff Connor Pullium, et al. as follow:

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1.  The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2.  Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitation.

### Third Affirmative Defense

3.  Defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA")

### Fourth Affirmative Defense

4.  At all times, Defendants acted in good faith and had reasonable grounds for believing their actions were in compliance with the FLSA.

### Fifth Affirmative Defense

5.  Defendants did not know or show reckless disregard for whether their conduct was prohibited by the FLSA.

### Sixth Affirmative Defense

6.  This action is barred to the extent Plaintiffs seeks recovery for time that is not compensable time, i.e. "hours worked" under the FLSA.

### Seventh Affirmative Defense

**7.**  In the alternative, Defendants are entitled to offset monies or other consideration paid or provided to Plaintiffs by Defendants for periods in which Plaintiff was not engaged to work.

### Eighth Affirmative Defense

8.  To the extent that Plaintiffs may seek punitive damages, Plaintiff's recovery is limited by applicable provisions of the FLSA and the Louisiana and/or United States Constitutions. Any award of punitive damages to Plaintiff in this case would be in violation of the FLSA and constitutional safeguards provided to Defendants under the Constitution of the United States and/or the laws of the State of Louisiana.

### Ninth Affirmative Defense

9.  Plaintiff is not entitled to punitive/liquidated damages as Defendants did not act or fail to act in a manner sufficient to give rise to punitive/liquidated damages liability.

### Tenth Affirmative Defense

10. Plaintiffs action is barred because they seek to recovery for time that is de minimis work time and thus not compensable under the FLSA.

### Eleventh Affirmative Defense

11. To the extent Plaintiff seeks damages not recoverable under the FLSA, Plaintiff is barred from such recovery.

### Twelfth Affirmative Defense

12.  Without assuming the burden of proof, Plaintiffs were compensated for all hours worked in excess of 40 hours in any particular workweek (as Plaintiffs themselves reported their time worked) at a rate not less than that set forth by the overtime provisions of the FLSA.

### Thirteenth Affirmative Defense

13. Without assuming the burden of proof, Defendants complied with all recordkeeping requirements of the FLSA.

### Fourteenth Affirmative Defense

14. The Plaintiffs' claims are estopped by the submission of their own time records, for which Defendants compensated them for all overtime worked and claimed.

### Fifteenth Affirmative Defense

15. The alleged time for which Plaintiffs seek compensation is irregular as well as practically and administratively difficult to record.

### Sixteenth Affirmative Defense

16. Without assuming the burden of proof, Plaintiffs and members of the purported class or collective action are not similarly situated. The potential claims of the purported class members reflect variably.

### Seventeenth Affirmative Defense

17.  Plaintiffs have failed to mitigate their alleged damages.

### Eighteenth Affirmative Defense

18. Plaintiffs' claims are barred by the doctrines of waiver, estoppel, and/or laches.

### Nineteenth Affirmative Defense

19. Some or all of Plaintiffs' claims are barred by accord and satisfaction, settlement and/or payment and release.

### Twentieth Affirmative Defense

20. Plaintiffs have failed to exhaust administrative remedies.

### Twenty First Affirmative Defense

21. Defendants' actions were in good faith conformity with and/or reliance on administrative regulation, order, ruling, approval, interpretation, or practice of the Department of Labor.

### Twenty Second Affirmative Defense

22. Defendants' reserve the right to assert further affirmative defenses as they become evident through discovery investigation.

### Twenty Third Affirmative Defense

23. All actions taken by Defendants with respect tot Plaintiff were supported by legitimate business reasons.

### PRAYER FOR RELIEF

**WHEREFORE,** Defendant prays its Amended Answer and Affirmative Defenses be good and accepted by this Honorable Court rendering judgment against Plaintiffs and in favor of Defendants with all cost, expenses, and reasonable attorney's fees being assessed against Plaintiffs in this matter.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, through the CM/ECF.

   /s/*John D. Perez*          
JOHN D. PEREZ (#39302)

Respectfully submitted,

**BUTLER McDONALD**

BY:   <u>/s/*John D. Perez*        </u>
      JOHN D. PEREZ (#39302)
      MARK R. LADD (#30847)
      KATHERINE JULIA K. HOLT(#39915)
      2450 Severn Avenue, Suite 400
      Metairie, Louisiana 70001
      Telephone: (504) 285-5440
      Facsimile: (504) 407-2101
      E-mail: david@bmcdlaw.com
      E-mail: molly@bmcdlaw.com
      E-mail: sara@bmcdlaw.com
      ***Counsel for Defendants***