UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CAFÉ, LLC, ET AL.** |
| **VERSUS** | **CIVIL ACTION CASE NO.** |
| **BANANA BLOSSOM THAI** | **25-1341 SECTION: "G"(5)** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE**

**AMENDED ANSWER TO DISCOVERY**

Considering Defendant's First Amended Answer and Affirmative Defenses,

IT IS HEREBY ORDERED that Defendant is GRANTED leave to file its Amended Answer and Affirmative Defenses.

ORDERED this ____ day of _____, 2025.

BY THE COURT:

_____
U.S. DISTRICT JUDGE/MAGISTRATE