## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CAFÉ, LLC, ET AL.** |
| **VERSUS** | **CIVIL ACTION CASE NO.** |
| **BANANA BLOSSOM THAI** | **25-1341 SECTION: "G"(5)** |

FILED: _____          _____

                                    **DEPUTY CLERK**

## UNOPPOSED MOTION TO AMEND PETITION

**NOW INTO COURT,** through undersigned counsel, comes Banana Blossom Thai Café, LLC("Banana Blossom") and Rattanasak "Jimmy" Chotikarnul, who file this Unopposed Motion to File Defendant's Amended Answer and Affirmative Responses against plaintiffs, Connor Pulliam, et al. ("Pullium").

Undersigned counsel further asserts that counsel for Connor Pulliam, et. al has given written consent to the filing of the Amended Petition in the form attached hereto as Exhibit "A". Defendants Amended Answer and Affirmative Defenses in the form attached hereto as Exhibit "B".

**WHEREFORE,** Petitioner respectfully requests that this Honorable Court grant leave and order that the Defendant's First Amended Answer and Affirmative Defenses be filed into the record.

                                        Respectfully submitted,

                                        **BUTLER MCDONALD**

BY:     /s/*John D. Perez*
            **JOHN D. PEREZ (#39302)**
             MARK R. LADD (#30847)
            2450 Severn, Suite 400
            Metairie, Louisiana 70001
            Telephone: (504) 285-5440
            Facsimile: (504) 407-2101
            e-mail: jperez@bmcdlaw.com
            e-mail: mladd@bmcdlaw.com
            **Counsel for Defendants**