UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1341** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **SECTION: "G"(5)** |

# ORDER

Before the Court is Defendants Banana Blossom Thai Café, LLC and Rattanasak Chotikarnul's (collectively, "Defendants") Unopposed Motion for Leave to File Amended Answer.[1] Defendants state they contacted all parties, and no party opposes this motion. Defendants request to file a first amended answer and affirmative defenses. Federal Rule of Civil Procedure 15(a)(2) provides that a court "should freely give leave when justice so requires."[2]

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Leave to File Amended Answer [3] is **GRANTED**.

---

[1] Rec. Doc. 13.

[2] Fed. R. Civ. Pro. R. 15(a).

[3] Rec. Doc. 13.

**IT IS FURTHER ORDERED** that Defendants' proposed pleading[4] is filed into the record as the First Amended Answer and Affirmative Defenses.

**NEW ORLEANS, LOUISIANA**, this __28th__ day of October, 2025.

                                                      _____
                                                      **NANNETTE JOLIVETTE BROWN**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[4] Rec. Doc. 13-2.