UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CONNOR PULLIAM, ET AL.**            **CIVIL ACTION**

**VERSUS**            **NO. 251341**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**      **SECTION "G" (5)**

## JOINT STATUS REPORT

Plaintiffs and Defendants jointly submit this status report pursuant to the Court's Scheduling Order (R. Doc. 11).

1. **PARTIES & COUNSEL**

*[A listing of all the parties and counsel who represent the parties].*

<u>Plaintiffs</u>: Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul

<u>Counsel for Plaintiffs</u>: William Most, Hope Phelps, Kenneth Bordes, Abigail Floresca

<u>Defendants</u>: Banana Blossom Thai Café, LLC; Rattanasak "Jimmy" Chotikarnul

<u>Counsel for Defendants</u>: John D. Perez, Mark R. Ladd, and Katherine Julia K. Holt

2. **PENDING MOTIONS**

*[A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification proceedings].*

None.

3. **CONFERENCES & TRIAL**

*[The dates and times of any status conference, pretrial conference and trial set in the case; a statement as to whether the case is jury or non-jury; and the number of expected trial days].*

A Final Pre-Trial Conference is set for <u>July 30, 2026</u> at 3:30 p.m.

Trial is set to begin <u>August 17, 2026</u> at 9:00 a.m. <u>with a jury</u> and is <u>estimated to last 5 days</u>.

### 4. FACTUAL AND LEGAL ISSUES

*[A BRIEF description of the factual and legal issues underlying the dispute].*

In their Complaint, Plaintiffs, former employees of Banana Blossom, allege that Defendants engaged in wage theft for a period of years, including refusing to pay time-and-a-half for overtime, illegally deducted credit card fees from employees' tips, and required servers to participate in an illegal tip pool, and retaliating when Plaintiffs complained.

Defendants have generally denied the allegations in their First Amended Answer.

### 5. DISCOVERY

*[A listing of any discovery that remains to be done].*

Written discovery is ongoing and the parties have yet to determine what depositions are needed.

Per the Scheduling Order (R. Doc. 11), all discovery shall be completed no later than May 29, 2026.

### 6. SETTLEMENT NEGOTIATIONS

*[A description of the status of any settlement negotiations].*

There are no ongoing settlement negotiations. Once Plaintiffs are in receipt of and have a evaluated a complete production of requested records from Defendants, the parties may have the information needed to proceed with settlement negotiations.

Respectfully Submitted:

Counsel for Plaintiffs,

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
2725 Lapeyrouse St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

Counsel for Defendants,

*/s/ John D. Perez*
JOHN D. PEREZ (#39302)
MARK R. LADD (#30847)
KATHERINE JULIA K. HOLT(#39915)
2450 Severn Avenue, Suite 400
Metairie, Louisiana 70001
Telephone: (504) 285-5440
Facsimile: (504) 407-2101
E-mail: david@bmcdlaw.com
E-mail: molly@bmcdlaw.com
E-mail: sara@bmcdlaw.com