## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 251341** |
| **VERSUS** | **SECTION "G" (5)** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | |

### Unopposed Motion to Set a Status Conference to Amend the Scheduling Order

NOW INTO COURT, come Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul, who move this Court to set a status conference for the purpose of amending its scheduling order to extend all discovery and pre-trial deadlines and the trial date in this matter.

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). An amendment to the scheduling order is necessary to allow time for the parties to complete discovery and to engage in settlement negotiations. Because this matter is still in the discovery phase and there is no prejudice to moving the trial, Plaintiff respectfully requests that the trial date and associated deadlines be reset. Defendants' counsel does not oppose this Motion.

WHEREFORE, Plaintiff requests that the trial date and associated deadlines in the above-captioned case be continued.

Respectfully Submitted:

Counsel for Plaintiffs,

/s/ Hope Phelps
WILLIAM MOST (La. Bar No. 36914)   KENNETH C. BORDES (La. Bar No. 35668)
HOPE PHELPS (La. Bar No. 37259)         ABIGAIL FLORESCA (La. Bar No. 41248)
MOST & ASSOCIATES                                    2725 Lapeyrouse St.
201 St. Charles Ave., Ste. 2500, # 9685   New Orleans, Louisiana 70119
New Orleans, LA 70170                           Telephone: 504-588-2700
Tel: 504-500-7974                                      Facsimile: 504-708-1717
E-Mail: hopeaphelps@outlook.com      E-Mail: kcb@kennethbordes.com

1