## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

## <u>ORDER</u>

IT IS ORDERED that *Plaintiffs' Motion to Set a Status Conference to Amend the Scheduling Order* is GRANTED.

The status conference in the above captioned matter shall be reset for the _____ day of _____, 2026, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE

1