**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**                                    **25-CV-1341**

**VERSUS**                                                   **SECTION "G"(5)**

**BANANA BLOSSOM THAI CAFE, LLC.,**
**ET AL.**

## UNOPPOSED MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES

NOW INTO COURT, through undersigned counsel, come Defendants, Banana Blossom Thai Cafe, LLC, et al., and respectfully submits this Unopposed Motion to Continue Trial and Pretrial Dates.

It is respectfully submitted that the parties to this matter have conferred and agree that, as a settlement conference is currently scheduled for May 19, 2026, that deposition are scheduled for May 26, 2026, that discovery and settlement negotiations are ongoing, and that the parties feel that additional discovery likely will be needed, that the current trial and associated dates should be continued, and that a status conference for the purpose of choosing new trial and pre-trial dates should be scheduled.

WHEREFORE, Defendants respectfully request this Honorable Court grant this Motion and continue the current trial and pretrial dates so that a status conference may be set for the purpose of selecting new dates.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, by hand delivery, electronic mail, facsimile or by placing a copy of the same properly addressed in the U.S. Mail, with adequate postage affixed thereto on
the 20th day of October 2025.


/s/ John D. Perez
**JOHN D. PEREZ**

**BUTLER MCDONALD**


BY:   /s/ John D. Perez
DAVID M. MCDONALD (#30625)
**JOHN D. PEREZ (#39302)**
MARK R. LADD (#30847)
KATHERINE JULIA HOLT(#39915)
3939 N. Causeway Blvd., Suite 301
Metairie, Louisiana 70002
Telephone: (504) 285-5440
Facsimile: (504) 407-2101
e-mail: jperez@bmcdlaw.com
e-mail: jholt@bmcdlaw.com
**Counsel for Defendants**