**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**                                    **25-CV-1341**

**VERSUS**                                                   **SECTION "G"(5)**

**BANANA BLOSSOM THAI CAFE, LLC.,**
**ET AL.**

## ORDER

CONSIDERING, the Unopposed Motion to Continue Trial and Pretrial Date;

IT IS ORDERED, that the current dates for trial and associated pretrial dates be and hereby are CONTINUED;

AND FURTHER, that a telephone status conference be held on the _____ day of _____, 2026, so that new trial and pretrial dates may be selected in the above-captioned matter.

Signed this _____ day of _____, 2026, in New Orleans, Louisiana.

_____
HONORABLE JUDGE, UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF LOUISIANA