**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

### Opposition and Motion to Strike Defendants'
### "*Unopposed Motion to Continue Trial and Discovery Deadlines*" (R. Doc. 22).

NOW INTO COURT, come Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul, who oppose and move this Court to strike the purported "*Unopposed Motion to Continue Trial and Discovery Deadlines*" filed by Defendants. In their Motion, Defendants misrepresent the purpose and substance of a meet and confer that occurred on May 8, 2026. Specifically, Defendants contend that Plaintiffs agreed to a continuance of both the trial and pre-trial deadlines. But Plaintiffs never agreed to a continuance of the pre-trial deadlines.

Prior to filing this *Opposition and Motion to Strike*, Plaintiff's counsel contacted Defendants' counsel and requested that they withdraw their Motion (R. Doc. 22). Defendants' counsel Mark Ladd initially agreed to withdraw the motion, but subsequently concluded that he would confer with defense counsel John D. Perez and they would "probably not withdraw it."

Accordingly, Plaintiffs submit that Defendants' motion should be stricken from the record for the following reasons:

Firstly, it misrepresents a May 8, 2026 meet and confer, which Plaintiffs' counsel scheduled for the purpose of meeting and conferring over 30(b)(6) topics. Following this Court's

May 1, 2026 Order, denying Plaintiff's *Unopposed Motion to Amend the Scheduling Order*, Plaintiffs have taken steps to timely complete discovery, including noticing the 30(b)(6) deposition and scheduling the requisite meet and confer.

During the meet and confer, undersigned counsel expressed that Plaintiffs did not object to continuing the trial date, as Plaintiffs had filed the original motion, but as it had been denied Plaintiffs had to move forward with discovery. Undersigned counsel did not agree that additional discovery will be needed beyond this timeframe, but instead expressed intent to respect the deadlines set by this Court and complete discovery within the time allotted. This is reflected in Exhibit A, in which Defendants' counsel concedes that they just *assumed* that Plaintiffs agreed to a continuance of pre-trial deadlines, even though Plaintiffs' counsel did not say that.

Secondly, a continuance at this stage would be unfair and prejudicial to Plaintiffs as it appears to be a dilatory tactic. Since discovery began, Plaintiffs have conducted written discovery and sent records subpoenas. Plaintiffs have also noticed and scheduled depositions, including depositions of Defendants, their former accountant, and former general manager, all set to be completed before the close of discovery. Defendants, on the other hand, have acted in a disinterested and dilatory manner without regard to conducting discovery.

Lastly, Defendants repeatedly claim that "settlement negotiations are ongoing." To date, these "negotiations" have been entirely one-sided. Defendants received Plaintiffs' settlement proposal nearly a month ago. They have yet to respond. During the meet and confer, Defendants' counsel represented that his clients should have a response "by Monday," May 11th, and agreed to participate in a settlement conference. That conference is now scheduled for May 19, 2026. Per the Order Scheduling Settlement Conference (R. Doc. 21), Defendants are required to provide

Plaintiffs with a response prior to the conference. They still have not done so. Instead, they filed the subject *Motion*.

Because Defendants' Motion is opposed and misrepresents the purpose and substance of a meet and confer, the "*Unopposed Motion to Continue Trial and Discovery Deadlines*" should be stricken from the record.

Respectfully Submitted:

| | |
|---|---|
| */s/ Hope Phelps* | KENNETH C. BORDES (La. Bar No. 35668) |
| WILLIAM MOST (La. Bar No. 36914) | ABIGAIL FLORESCA (La. Bar No. 41248) |
| HOPE PHELPS (La. Bar No. 37259) | 2725 Lapeyrouse St. |
| MOST & ASSOCIATES | New Orleans, Louisiana 70119 |
| 201 St. Charles Ave., Ste. 2500, # 9685 | Telephone: 504-588-2700 |
| New Orleans, LA 70170 | Facsimile: 504-708-1717 |
| Tel: 504-500-7974 | E-Mail: kcb@kennethbordes.com |
| E-Mail: hopeaphelps@outlook.com | |

*Counsel for Plaintiffs*