**Gmail**                                    **Veronica Barnes <veronicasuzannebarnes@gmail.com>**

## Banana Blossom Motion to Continue

**Mark Ladd** <mladd@bmcdlaw.com>                               Thu, May 14, 2026 at 4:43 PM
To: Hope Phelps <hopeaphelps@outlook.com>
Bcc: veronicasuzannebarnes@gmail.com

Hope,
Per our prior discussions, it was always our understanding that your consent to continue the trial, and to our filing the motion for same, included the continuance of the pretrial deadlines as well.  I believe that was expressed by me in our conversation when we discussed the filing of this motion, and we specifically discussed me filing rather than you refiling after being denied.
Thanks,

**Mark Ladd**

Butler McDonald
2450 Severn Ave. Suite 400
Metairie, LA 70001
O: 504-285-5440



IMPORTANT NOTICE: New name, same great service! We are no longer The Law Office of John Butler. We have rebranded to Butler McDonald, so our emails and logo have changed! Beginning August 1, 2024, we can be located at the new address above. If you have any questions, please give us a call. 504-285-5440.

Notice of Confidentiality: This e-mail, including attachments, may contain confidential information that is subject to attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original transmission and its attachments without reviewing, copying, or saving them and notify us immediately.