**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

### Order on *Ex Parte* Motion to Strike

In R. Doc. 22, Defendants filed a Motion to Continue Trial and Discovery Deadlines as unopposed. In an opposition and *ex parte* Motion to Strike, Plaintiffs represent that the Motion is opposed.

On that basis, Plaintiffs' motion is GRANTED. R. Doc. 22 shall be struck.

New Orleans, Louisiana, this _____ day of _____, 2026

_____
JUDGE