**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

**MOTION TO COMPEL PRODUCTION**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul, who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully move this Honorable Court for an Order compelling Defendants Banana Blossom Thai Café and Rattanasak Chotikarnkul ("Jimmy Cho") to search for and produce responsive records.

Plaintiffs respectfully request that this Honorable Court issue an order compelling Defendants to conduct a search for requested electronic communications, produce documents responsive to their Requests for Production within two weeks of this order, and pay the reasonable attorneys fees incurred in preparing this motion.

Counsel for Plaintiffs has in good faith, but unsuccessfully, conferred with Defendants' counsels in an effort to resolve this discovery dispute amicably and without court intervention. The parties have been unsuccessful in doing so.

As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to produce the requested information.

In support of this Motion, Plaintiff offers the following exhibits:

A. Defendant's Discovery Responses;

B.  December 5, 2025 Email from Undersigned Counsel to Defendants' Counsel;

C.  Defendant's Affidavit of Verification;

D.  May 26, 2026 Email from Undersigned Counsel to Defendants' Counsel; and

E.  Rule 37.1 Declaration of Counsel Hope Phelps.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
2725 Lapeyrouse St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*