**Friday, May 29, 2026 at 12:36:37 PM Central Daylight Time**

---

**Subject:** Re: Banana Blossom - Meet and Confer
**Date:** Friday, December 5, 2025 at 5:14:04 PM Central Standard Time
**From:** Hope Phelps
**To:** Julia Holt, John Perez
**CC:** William Most, Veronica Barnes, kcb@kennethbordes.com, abigail@kennethbordes.com

Hi John,

To recap our meet and confer today:

- You clarified that the responses are for both Jimmy and Banana Blossom.

- You'll get the verifications from them and submit a privilege log within the next two weeks.

- We agree to limit the scope of our requests to records within the past five years.

- There may be instances where your client only maintained records for a three-year requisite period. You agreed that, in instances where your client only produces three years of records, you will clarify whether your client (a) is only in possession of those three-years of records, or (b) is choosing to produce only three-years of records, but is in possession of more.

- Defendants' current CPA and bookkeeper is Accounting Services Unlimited. However, they have only been employed since around May 2025 when Jimmy retained you. You have asked Jimmy to identify his previous CPA a few times, but he has not responded. You agreed to get this information from him within the next two weeks.

- We are all interested in resolving this and avoiding further litigation, but financial records produced appear to be incomplete:
    - Paystub records from January-June 2022, Sept. 2022, Feb 2023, March 2023, Oct. 2023
    - BBTC Payroll records January-May 2022, July 2023, August – December 2024, 2025
    - Credit card processing fees: November 2022
    - Time records, time cards, timesheets, etc.

You agreed to produce those missing within the next two weeks. If neither Defendants nor their CPA are in possession of certain records please let us know.

We agreed that we'll check in on the status of all the above next Friday.

Have a good weekend!

Thank you,


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com

---

**From:** Hope Phelps <hopeaphelps@outlook.com>
**Date:** Thursday, December 4, 2025 at 2:41 PM
**To:** Julia Holt <jholt@bmcdlaw.com>, John Perez <jperez@bmcdlaw.com>
**Cc:** William Most <williammost@gmail.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>, kcb@kennethbordes.com <kcb@kennethbordes.com>, abigail@kennethbordes.com <abigail@kennethbordes.com>
**Subject:** Re: Banana Blossom - Meet and Confer

Good Afternoon John,

I appreciate you speaking with me just now. Below is a Zoom link for the meeting tomorrow at 3:30pm:

Hope Phelps is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us05web.zoom.us/j/84952763568?pwd=BDZ8OnV6aBIaVh9ZX2Ff4aa4D8CqPE.1

Meeting ID: 849 5276 3568
Passcode: 2n4xSn

Thank you!


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 2500, #9685

New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com

---

**From:** Hope Phelps <hopeaphelps@outlook.com>
**Date:** Wednesday, November 26, 2025 at 3:41 PM
**To:** Julia Holt <jholt@bmcdlaw.com>, John Perez <jperez@bmcdlaw.com>
**Cc:** William Most <williammost@gmail.com>, Veronica Barnes
<veronicasuzannebarnes@gmail.com>, kcb@kennethbordes.com
<kcb@kennethbordes.com>, abigail@kennethbordes.com <abigail@kennethbordes.com>
**Subject:** Re: Banana Blossom - Meet and Confer

Good Afternoon Julia and John,

We have reviewed Defendants' written discovery responses and production. We would like to meet and confer to discuss the issues raised in the attached letter.

What is your availability for a call after the Thanksgiving holiday?

I'm available most of the day Monday, Tuesday, and Wednesday of next week, and could be flexible Thursday and Friday.

Please let me know.

Thank you!


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com