**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CIVIL ACTION CASE NO.: 25-1341**                     **SECTION: "G"(5)**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI**

**CAFÉ, LLC, ET AL.**

**FILED:** _____            _____
                                                                   **DEPUTY CLERK**

**AFFIDAVIT OF VERIFICATION**

**STATE OF LOUISIANA**
**PARISH OF** Jefferson

BEFORE ME, the undersigned authority, personally came and appeared,

**JIMMY CHOTIKARNKUL**

petitioner herein who, after being duly sworn and deposed did state, that he has read the foregoing Requests for Admission, Interrogatories, and Requests for Production and that all responses and allegations contained herein are true to the best of his knowledge and belief.

_____
**JIMMY CHOTIKARNKUL**

**SWORN TO AND SUBSCRIBED TO BEFORE**
**ME, NOTARY PUBLIC, THIS** 6th **DAY OF**
January , **2026.**

_____ #30847
**NOTARY PUBLIC** Mark Ladd - my commission
expires at death