**Friday, May 29, 2026 at 12:40:59 PM Central Daylight Time**

**Subject:** Re: Banana Blossom - Meet and Confer
**Date:** Tuesday, May 26, 2026 at 5:46:53 PM Central Daylight Time
**From:** Hope Phelps
**To:** John Perez, Mark Ladd
**CC:** William Most, Veronica Barnes, Kenneth Bordes, Abigail Floresca

John and Mark,

During the depositions today, Jimmy testified that he did not conduct the searches for emails, text messages, and electronic communications responsive to Requests for Production Nos. 12, 13, and 21 (copied below).

Within the next 36 hours, please confirm that the searches have been conducted and produce responsive records.

**RFP 12: All emails and text messages of any Defendant or manager containing the terms "overtime" or "over 40" or "over forty" or "more than 40" or "more than forty" or "time and a half" or "salary."**

**RFP 13: All electronic communications, including e-mails, text messages, and other electronic messages concerning Plaintiffs, Plaintiffs' time worked, time keeping, time cards, time sheets, time worked, overtime, overtime policies, calculation of overtime, tip compensation, Plaintiffs' pay, and Plaintiffs' job duties or responsibilities."**

**RFP 21: All correspondence, including emails and text messages, between Jimmy and Sara.**

Thank you,

**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com