**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**RULE 37.1 DECLARATION OF HOPE PHELPS**
**IN SUPPORT OF MOTION TO COMPEL**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1.    My name is Hope Phelps. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2.    On September 18, 2025, Plaintiffs propounded a set of written discovery requests on Defendants.

3.    On December 5, 2025, a meet and confer was held regarding Defendants' responses to the requests.

4.    I addressed certain objections and agreed that the timeframe of requests, including Request for Production No. 21, could be limited to the past five years.

5.    On May 26, 2026, during a deposition, Defendant Chotikarnkul admitted that he had not even conducted searches for the records requested in Requests for Production Nos. 12, 13, and 21.

6.    I requested that Defendants conduct the searches and provided the responsive records within 36 hours.

7.    Defendants have not responded.

8.    I certify that I have made a good faith effort to obtain the requested responses, documents, and deposition without Court intervention.

Respectfully Submitted:

**MOST & ASSOCIATES**

**HOPE PHELPS (La. Bar No. 37259)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com