**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**Notice of Deposition Testimony Relevant to Sanctions Hearing
and *Ex Parte* Motion for Attendance of Defendant**

This matter was set for a settlement conference on May 19, 2026. Because Defendants violated multiple requirements of the Court's settlement conference order, the Court set the matter for a hearing on June 11, 2026 to show cause sanctions should not issue "under Federal Rule of Civil Procedure 16(f) for failing to comply with this Court's Order Scheduling Settlement Conference." Rec. Doc. 25.

On May 26, 2026, Defendant Rattanasak Chotikarnkul, the owner of the Banana Blossom restaurant, sat for a deposition. Some of his testimony may be relevant to the Court's decision on sanctions:

- He testified that he was not aware that the Plaintiffs had sent an April 22, 2026 settlement proposal, and testified that he had not seen it.[1]

- He testified that he was unaware of a settlement conference scheduled for May 19, 2026.[2]

- He suggested that he was not in touch with his lawyer John Perez about the settlement

---

[1] Ex. A at 17:8-22 ("Q This is a copy of our plaintiffs′s [*sic*] settlement proposal that was sent to your attorneys on April 22, 2026. Were you aware that the plaintiffs had sent a settlement proposal? A No. First time I see this. . . . [Q.] Is this your first time hearing about this settlement proposal? A Yeah, first time I see this.")

[2] *Id.* at 19:9-19 ("Q Okay, this an order from the court from Federal Magistrate Judge Michael North issued on May 22, 2026. I'll represent that to you. Were you aware that there was a settlement conference scheduled for May 19, 2026 at 1:00 PM? A No, I do not know. I was -- no, I was -- I didn′t know the time and date. Q Okay. A I get in touch with John like yesterday, I think.")

conference until May 25, 2026 – six days after the settlement conference.[3]

- And he testified that he had not been notified by his lawyers about the sanctions hearing.[4]

Given the concerning nature of this testimony, and the possibility of a lack of communication between defense counsel and Defendants, the Plaintiffs ask that Mr. Chotikarnkul be ordered to be present for the June 11 hearing. There will be no prejudice in requiring him to be present, given that he said he should be able to make it at that time.[5]

Respectfully Submitted:

*/s/ William Most*

| | |
|---|---|
| WILLIAM MOST (La. Bar No. 36914) | KENNETH C. BORDES (La. Bar No. 35668) |
| HOPE PHELPS (La. Bar No. 37259) | ABIGAIL FLORESCA (La. Bar No. 41248) |
| MOST & ASSOCIATES | 2725 Lapeyrouse St. |
| 201 St. Charles Ave., Ste. 2500, # 9685 | New Orleans, Louisiana 70119 |
| New Orleans, LA 70170 | Telephone: 504-588-2700 |
| Tel: 504-500-7974 | Facsimile: 504-708-1717 |
| E-Mail: hopeaphelps@outlook.com | E-Mail: kcb@kennethbordes.com |

*Counsel for Plaintiffs*

---

[3] *Id.*
[4] *Id.* at 20:11-16 ("[Q.] Do you understand that your attorneys are being ordered to appear in court on June 11th to explain why they should not be sanctioned? A This is the first time I hear about this.")
[5] *Id.* at 20:17-20 ("Will you be present for this hearing on June 11th? A What time? Q June 11th at 11:00 AM. A I should be able to.")