**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ,**
**LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

## ORDER

Having duly considered the *Notice of Deposition Testimony Relevant to Sanctions Hearing and Ex Parte Motion for Attendance of Defendant* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED, as follows: Defendant Rattanasak Chotikarnkul shall attend the hearing scheduled for June 11, 2026 at 11:00 a.m.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE