UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONNOR PULLIAM, ET AL.                          CIVIL ACTION

VERSUS                                          NUMBER: 25-1341

BANANA BLOSSOM THAI CAFÉ, L.L.C., ET AL.        SECTION: "G" (5)

## ORDER

  **IT IS ORDERED** that the Motion to Compel Deposition of Girod Declarant (rec. doc.

25) is set for oral hearing before the undersigned on **Thursday, June 25, 2026 at 11:00**

**a.m.** in Courtroom B407, 500 Poydras Street, New Orleans, Louisiana. [1]

  New Orleans, Louisiana, this __2nd__ day of _____June_____, 2026.

          _____
            MICHAEL B. NORTH
         UNITED STATES MAGISTRATE JUDGE

---

[1] The submission date and all attendant filing deadlines remain as noticed in the motion.