**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.                                CIVIL ACTION

VERSUS                                                NUMBER: 25-1341

BANANA BLOSSOM THAI CAFÉ, L.L.C., ET AL.             SECTION: "G" (5)

<u>ORDER</u>

Before the Court is the Notice of Deposition Testimony Relevant to Sanctions Hearing and *Ex Parte* Motion for Attendance of Defendant (rec. doc. 27) filed by Plaintiffs. Having reviewed the motion,

**IT IS ORDERED** that the Notice of Deposition Testimony Relevant to Sanctions Hearing and *Ex Parte* Motion for Attendance of Defendant (rec. doc. 27) is **GRANTED**.

In addition, due to a conflict in this Court's calendar,

**IT IS FURTHER ORDERED** that the rule to show cause hearing is **RESET** and the Motion to Compel Production (rec. doc. 26) is **SET FOR ORAL HEARING** before the undersigned on **June 25, 2026**. Defendant Rattanasak Chotikarnkul shall appear in person at the rule to show cause hearing. Counsel for Chotikarnkul shall immediately serve this order and the Court's earlier Order dated May 22, 2026 (rec. doc. 25) on Chotikarnkul and file a declaration under penalty of perjury that counsel has done so **no later than June 8, 2026**.

New Orleans, Louisiana, this  3rd  day of  June , 2026.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE