UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 2:25-cv-01341                                    DIVISION:

CONNOR PULLIAM, ERIC TRUONG, MAJELLA VILLAEBA, KATHERINE
TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, individually and on
behalf of those similarly situated

VERSUS

BANANA BLOSSOM THAI CAFE, LLC, and, RATTANASAK "JIMMY"
CHOTIKARNUL

FILED: _____          _____
                                                DEPUTY CLERK

## DECLARATION OF SERVICE

Per Order (rec. doc. 29), counsel for Chotikarnkul has served both orders (rec. doc. 25

and 29) on Chotikarnkul via email on June 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, through the CM/ECF. | **BUTLER McDONALD** |

_____/s/ John D. Perez_____          BY:   /s/ John D. Perez_____
**JOHN D. PEREZ (#39302)**                              **JOHN D. PEREZ (#39302)**
                                                        MARK R. LADD (#30847)
                                                        2450 Severn Avenue, Suite 400
                                                        Metairie, Louisiana 70001
                                                        Telephone: (504) 285-5440
                                                        Facsimile: (504) 407-2101
                                                        E-mail: jperez@bmcdlaw.com
                                                        E-mail: mladd@bmcdlaw.com
                                                        *Counsel for Defendants*

 **Gmail**

John Perez <jperez@bmcdlaw.com>

---

## Orders

1 message

---

**John Perez** <jperez@bmcdlaw.com>                                          Fri, Jun 5, 2026 at 10:53 AM
To: Jimmy Chotikarnkul <jimmycho1975@gmail.com>

Jimmy,

Please see the attached court orders. The first is the order resetting the motion to compel production from the email I sent on May 27. The second is an order regarding the settlement conference. Please acknowledge receipt of this email so we can discuss it.

--

Best regards,

**John D. Perez, Esq.**

Butler McDonald
2450 Severn Ave. Suite 400
Metairie, LA 70001
O: 504-285-5440



IMPORTANT NOTICE: New name, same great service! We are no longer The Law Office of John Butler. We have rebranded to Butler McDonald, so our emails and logo have changed! Beginning August 1, 2024, we can be located at the new address above. If you have any questions, please give us a call. 504-285-5440.

Notice of Confidentiality: This e-mail, including attachments, may contain confidential information that is subject to attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original transmission and its attachments without reviewing, copying, or saving them and notify us immediately.

---

**2 attachments**

📄 **Order Setting Settlement Conference.pdf**
164K

📄 **Order for Sanctions Hearing.pdf**
109K