**Gmail**

John Perez <jperez@bmcdlaw.com>

---

## Orders

1 message

---

**John Perez** <jperez@bmcdlaw.com>                                Fri, Jun 5, 2026 at 10:53 AM
To: Jimmy Chotikarnkul <jimmycho1975@gmail.com>

Jimmy,

Please see the attached court orders. The first is the order resetting the motion to compel production from the email I sent on May 27. The second is an order regarding the settlement conference. Please acknowledge receipt of this email so we can discuss it.

--
Best regards,

### John D. Perez, Esq.

Butler McDonald
2450 Severn Ave. Suite 400
Metairie, LA 70001
O: 504-285-5440



IMPORTANT NOTICE: New name, same great service! We are no longer The Law Office of John Butler. We have rebranded to Butler McDonald, so our emails and logo have changed! Beginning August 1, 2024, we can be located at the new address above. If you have any questions, please give us a call. 504-285-5440.

Notice of Confidentiality: This e-mail, including attachments, may contain confidential information that is subject to attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original transmission and its attachments without reviewing, copying, or saving them and notify us immediately.

---

**2 attachments**

📎 **Order Setting Settlement Conference.pdf**
164K

📎 **Order for Sanctions Hearing.pdf**
109K