**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

## MOTION FOR COLLECTIVE ACTION CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul (collectively "Plaintiffs"), bring this collective action against Banana Blossom Thai Cafe, LLC ("Banana Blossom") and Rattanasak Chotikarnul ("Jimmy Cho"), to challenge Defendants' policy and practice of (1) failing to compensate their employees properly for overtime hours worked, and (2) subjecting employees to an illegal tip scheme. Specifically, Defendants employed a company-wide policy of (1) not paying employees for all hours worked in excess of forty in a work week at one and one-half times their regular hourly rate, and (2) illegally deducting credit card fees from employees' tips, requiring servers to participate in an illegal tip pool, and illegally deducting a tip credit.

There is abundant evidence of the policy denying overtime, including (1) the face of employees' pay stubs, (2) written admissions that Defendant controlled employees' pay, (3) admissions by Defendants' accountant, (4) a stipulation during corporate deposition testimony that Banana Blossom did not pay overtime within the relevant period, and so on.

Likewise, the longstanding policy of dividing and deducting percentages from tips before dispersing them amongst the front and back of house is proven by (1) Defendant's log book, (2) Defendant's admissions by its manager and owner, and (3) Defendant's sales records.

Plaintiffs now move for collective certification for the following two classes of putative Opt-

In Plaintiffs:

1) <u>Overtime Class</u>

   All non-exempt individuals who (1) are or were employed by Banana Blossom Thai Café, LLC at any point from three years prior to the date of filing this complaint up to and including the date of final judgment in this matter, (2) are either the Named Plaintiffs or elect to opt-in to this action pursuant to the FLSA, 29 U.S.C. § 216(b); and (3) worked more than forty hours in at least one workweek, and were subject to Banana Blossom's blanket practice and/or policy of not paying overtime wages to employees working more than forty (40) hours per week.

2) <u>Tip Pool Class</u>

   All non-exempt individuals who (1) are or were employed by Banana Blossom Thai Café, LLC at any point from three years prior to the date of filing this complaint up to and including the date of final judgment in this matter, (2) are either the Named Plaintiffs or elect to opt-in to this action pursuant to the FLSA, 29 U.S.C. § 216(b); and (3) were subject to a tip credit being taken by Banana Blossom

In support of their *Motion*, Plaintiffs offer this Court its *Memorandum in Support*, along with pay records, Defendants' admissions, and other documents obtained in discovery. As the evidence and the attached *Memorandum* demonstrate, Defendants' pay schemes failed to compensate Plaintiffs and other similarly situated employees for both overtime hours and tips at the rates they are entitled to by federal law to receive.

WHEREFORE, Plaintiffs ask that this Court grant the *Motion for Collective Action Certification*.[1]

[SIGNATURE PAGE TO FOLLOW]

---

[1] Currently pending is a *Motion to Compel Production* (ECF No. 26) which will supplement the evidence regarding this motion. Additionally, Plaintiffs are awaiting completion of deposition transcripts that will supplement the evidence regarding this motion. Plaintiffs reserve the right, subject to court approval, to supplement this *Motion* once the *Motion to Compel* is resolved and depositions are fully transcribed.

Respectfully Submitted:

WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

/s/ Abigail L. Floresca
KENNETH C. BORDES (La. Bar No. 35668)
**ABIGAIL FLORESCA (La. Bar No. 41248)**
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2026, a true and correct copy of the foregoing was delivered via ECF to mladd@bmcdlaw.com and jperez@jcbtax.com.

/s/    Abigail L. Floresca
ABIGAIL L. FLORESCA

3