BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA
70053
Paycheck Stub

**July 5, 2022**    Date of Check

**EMPLOYEE:**    **Connor D. Pulliam**    XXXXXXXXXXXXXXXXX

| This pay period from | Hour Rate | | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|
| 1-Jun-2022   30-Jun-2022 | $   10.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| EXPO Hours in PP | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 164.00 | $ 1,640.00 | | 101.68 | 23.78 | 131.20 | 32.80 | $ 1,350.54 |

| This pay period from | Hour Rate Pay | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|
| 1-Jun-2022   30-Jun-2022 | $   5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| SERVER Hours in PP | GROSS | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 6.00 | $   30.00 | | 1.86 | 0.44 | 2.40 | 0.60 | $ 24.71 |

| | GROSS | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| TOTAL for Period | 1,670.00 | - | 103.54 | 24.22 | 133.60 | 33.40 | $1,375.25 | $  1,375.25 |

| | | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|---|
| 2022 | Total YTD | 3,830.00 | - | 237.46 | 55.54 | 306.40 | 76.60 | 3,154.01 |
| | Gross YTD | 3,830.00 | | | | | | |

PLAINTIFF'S
EXHIBIT

1

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA
70053
Paycheck Stub

| November 5, 2022 | Date of Check |
| --- | --- |

**EMPLOYEE:** **Mariecar Garcia**

| This pay period from | | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01-Oct-22 | 31-Oct-22 | $ 5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| SERVER Hours in PP | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 205.00 | $ 1,025.00 | 3,951.00 | 308.51 | 72.15 | 398.08 | 99.52 | $ 4,097.74 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL for Pay Period | 1,025.00 | 3,951.00 | 308.51 | 72.15 | 398.08 | 99.52 | $4,097.74 | $ 146.74 |

| | | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2022 | Total YTD | 6,925.00 | 26,231.00 | 2,055.67 | 480.76 | 2,652.48 | 663.12 | 27,303.97 |

| | Gross YTD | 33,156.00 |
| --- | --- | --- |

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA 70053
Paycheck Stub

**July 5, 2023**        Date of Check

**EMPLOYEE:**        **Majella Villaeba**

| This pay period from | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|
| 1-Jun-2023    30-Jun-2023 | $    5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| SERVER Hours in PP | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | |
|---|---|---|---|---|---|---|---|---|
| 170.00 | $   850.00 | 3,451.00 | 266.66 | 62.36 | 344.08 | 86.02 | $ 3,541.87 | |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| TOTAL for Pay Period | 850.00 | 3,451.00 | 266.66 | 62.36 | 344.08 | 86.02 | $3,541.87 | $     90.87 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 2023    Total YTD | 3,645.00 | 13,760.00 | 1,079.11 | 252.37 | 1,392.40 | 348.10 | 14,333.02 |

Gross YTD        17,405.00

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA 70053
Paycheck Stub

**May 5, 2023**          Date of Check

**EMPLOYEE:**          **Khang Eric Truong**

| This pay period from | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|
| 1-Apr-2023   28-Apr-2023 | $   5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| SERVER Hours in PP | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 174.00 | $  870.00 | 3,587.00 | 276.33 | 64.63 | 356.56 | 89.14 | $ 3,670.34 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| TOTAL for Period | 870.00 | 3,587.00 | 276.33 | 64.63 | 356.56 | 89.14 | $ 3,670.34 | $ 83.34 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 2023   Total YTD | 3,425.00 | 14,488.00 | 1,110.61 | 259.74 | 1,433.04 | 358.26 | 14,751.36 |

Gross YTD     17,913.00

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA 70053
Paycheck Stub

**February 5, 2024**        Date of Check

**EMPLOYEE:**        **Pakanan Tonsakul**        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| This pay period from | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|
| 1-Jan-2024    31-Jan-2024 | $    5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| SERVER Hours in PP | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 172.00 | $  860.00 | 3859.00 | 292.58 | 68.43 | 377.52 | 94.38 | $ 3,886.10 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| TOTAL for Period | 860.00 | 3,859.00 | 292.58 | 68.43 | 377.52 | 94.38 | $ 3,886.10 | $   27.10 |

| | | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|---|
| **2024** | **Total YTD** | 1,550.00 | 6,900.00 | 523.90 | 122.53 | 676.00 | 169.00 | 6,958.58 |
| | **Gross YTD** | **8,450.00** | | | | | | |

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA 70053
Paycheck Stub

**February 5, 2024**          Date of Check

**EMPLOYEE:**          **Kosit Antarit**

| This pay period from | | Hour Rate | Tip Rate | | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|---|---|
| 1-Jan-2024 | 31-Jan-2024 | $   5.00 | | | | 6.200% | 1.450% | 8.00% | 2.00% |

| *SERVER Hours in PP* | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 225.00 | $ 1,125.00 | 4,200.00 | 330.15 | 77.21 | 426.00 | 106.50 | $ 4,385.14 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| **TOTAL for Period** | 1,125.00 | 4,200.00 | 330.15 | 77.21 | 426.00 | 106.50 | $ 4,385.14 | $   185.14 |

| | | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|---|
| **2024** | **Total YTD** | 1,940.00 | 8,200.00 | 628.68 | 147.03 | 811.20 | 202.80 | 8,350.29 |

*Gross YTD*          *10,140.00*

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA
70053
Paycheck Stub

**June 5, 2024**     Date of Check

EMPLOYEE:     **Katherine P. Templeton**

| This pay period from | | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H |
|---|---|---|---|---|---|---|---|---|
| 01-May-24 | 31-May-24 | $  5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% |

| *SERVER Hours in PP* | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 242.00 | $ 1,210.00 | 5,248.00 | 400.40 | 93.64 | 516.64 | 129.16 | $ 5,318.16 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|
| *TOTAL for Pay Period* | 1,210.00 | 5,248.00 | 400.40 | 93.64 | 516.64 | 129.16 | $5,318.16 | $   70.16 |

| | | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|---|
| 2024 | Total YTD | 5,105.00 | 20,381.00 | 1,580.13 | 369.55 | 2,038.88 | 509.72 | 20,987.72 |

| | *Gross YTD* | *25,486.00* |
|---|---|---|

BANANA BLOSSOM THAI CAFÉ, LLC
BANANA BLOSSOM RESTAURANT
500 9th St., Gretna, LA
70053
Paycheck Stub

| **August 5, 2024** | Date of Check | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE:** | **Connor D. Pulliam** | | | | | | | |

| This pay period from | Hour Rate Pay | | | FICA | Medicaid | FED W/H | ST W/H | |
|---|---|---|---|---|---|---|---|---|
| 1-Jul-2024   31-Jul-2024 | $   5.00 | | | 6.200% | 1.450% | 8.00% | 2.00% | |

| *SERVER Hours in PP* | GROSS | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 136.00 | $  680.00 | 2,959.00 | 225.62 | 52.77 | 291.12 | 72.78 | $ 2,996.72 |

| This pay period from | Hour Rate | Tip Rate | | FICA | Medicaid | FED W/H | ST W/H | |
|---|---|---|---|---|---|---|---|---|
| 1-Jul-2024   31-Jul-2024 | $   12.00 | | | 6.200% | 1.450% | 8.00% | 2.00% | |

| *EXPO Hours in PP* | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| 40.00 | $  480.00 | | 29.76 | 6.96 | 38.40 | 9.60 | $ 395.28 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET | PAYCHECK w/O TIPS |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL for Period** | 1,160.00 | 2,959.00 | 255.38 | 59.73 | 329.52 | 82.38 | $ 3,392.00 | $   433.00 |

| | WAGE | TIP | FICA W/H | MEDI W/H | FED W/H | ST W/H | NET |
|---|---|---|---|---|---|---|---|
| **2024**   **Total YTD** | 6,681.00 | 10,671.00 | 1,075.82 | 251.60 | 1,388.16 | 347.04 | 14,289.37 |

| *Gross YTD* | *17,352.00* |
|---|---|