10/05/2024

$487 \times 10\% = 48 \div 8 = 6$ Kitchen

$487 - 48 = 439 \times 5\% = 22$ Carlos (Hist)

$439 - 22 = 417 \div 3 = 139$ MJ/Mui/Sara

~~~~~~

750

$\cancel{8\%} = 75 \div 8 = \boxed{9}$

$678 \times 6\% = 40 \div 2 = \boxed{20}$ Carlos/Alex

$638 \div 5 = \boxed{127}$ ET/Sara/Mui/MJ/Kat

PLAINTIFF'S
EXHIBIT

3

8/5/25

$200 \times 10\% = 30 = 4$

$370 \times 5\% = 18$   Vince

$352 \div 3 = 117$   TANA
BLAYNE
CAMRON

$600 \times 10\% = 80 \div = 11$

$720 \times 5\% = 36$   OLIVIA

$684 \div 4 = 171$ TANA
BLYANE
CAM
SARA