

### Sale Report

Date _9-23-22_

| | Lunch | Dinner |
|---|---|---|
| Cash sales | 65.39 | |
| CC Sales | 2,684.64 | |
| CC tips | 414.81 | |
| 5% CC tips | 20.74 | |
| Cash sales | 65.39 | |
| Minus CC tips | 414.81 | |
| Plus 5% CC tips | 20.74 | |
| Cash drop | −328.68 | |
| Uber Eat | 197.71 | |
| d'Livery NOLA | — | |
| Total sales | 2,947.74 | |
| # Cover | 70 | |
| Voided sales | 6.00 | |
| Report voided sales | | |
| Mistake sales | | |

**PLAINTIFF'S EXHIBIT**

**4**

## Sale Report

Date 1/14/23

|  | Lunch | Dinner |
|---|---|---|
| Cash sales | 257.45 | |
| CC Sales | 2,698.39 ~~424.74~~ | |
| CC tips | 424.71 | |
| 5% CC tips | 21.23 | |
| Cash sales | 257.45 | |
| Minus CC tips | 424.71 | |
| Plus 5% CC tips | 21.23 | |
| Cash drop | - 146.03 | |
| Uber Eat | 76.06 | |
| d'Livery NOLA | 0 | |
| Total sales | 3073.60 | |
| # Cover | 100 | |
| Voided sales | 56 | |
| Report voided sales | 56 | |
| Mistake sales | | |

## Sale Report

Date __10. 26. 24__

| | Lunch | Dinner |
|---|---|---|
| Cash sales | 280. 03 | 323. 58 |
| CC Sales | 3208.62 | 7,635.79 |
| CC tips | 464. 74 | 1257.96 |
| 2% CC tips | 9. 09 | 25. 15 |
| Cash sales | 280. 03 | 323. 58 |
| Minus CC tips | 464. 74 | 1257.96 |
| Plus 2% CC tips | 9.09 | 25.15 |
| Cash drop | -175.62 | -909.22 |
| Uber Eat | 503.61 | 888.72 |
| Total sales | 3992.26 | 8,848.09 |
| # Cover | 110 | 191 |
| Voided sales | 14 | |
| Report voided sales | | |
| Mistake sales | | |