| Statement Date: | 9/30/22 | Merchant ID: | 324000000020,00015770,1271239,394988 |
| Statement Period: | 9/01/22 - 9/30/22 | Merchant Name: | Banana Blossom |
| | | Merchant Address: | 500 9th St |
| | | | Gretna, LA 70053 |

# Card Processing - Visa / MasterCard / Discover / Amex

| Type | Rate | Payments | | Refunds | | Fees Collected | Fee Adjustments | Fees Adjusted | Net |
|---|---|---|---|---|---|---|---|---|---|
| V/MC/D | 1.8186% + 0.15 | 1716 | $132,571.66 | 0 | $0.00 | $2,668.84 | -$0.49 | $2,668.35 | $129,903.31 |
| V/MC/D (Keyed) | 3.5% + 0.15 | 259 | $12,848.81 | 0 | $0.00 | $488.63 | -$0.07 | $488.56 | $12,360.25 |
| Amex (Swiped) | 2.8688% + 0.15 | 213 | $18,985.70 | 0 | $0.00 | $576.71 | -$0.10 | $576.61 | $18,409.09 |
| Amex (Keyed) | 3.1688% + 0.15 | 31 | $1,937.11 | 0 | $0.00 | $66.03 | $0.00 | $66.03 | $1,871.08 |
| Total | | 2219 | $166,343.28 | 0 | $0.00 | $3,800.21 | -$0.66 | $3,799.55 | $162,543.73 |

# Credit Card Batches

| Settled Date | Batch Date | Payments | Refunds | Fees | Net (Dep) |
|---|---|---|---|---|---|
| 9/1/2022 | 8/31/2022 4:19 AM | 6,291.40 | 0.00 | 134.31 | 6,157.09 |
| 9/2/2022 | 9/1/2022 4:23 AM | 6,052.80 | 0.00 | 145.35 | 5,907.45 |
| 9/3/2022 | 9/2/2022 4:28 AM | 5,836.36 | 0.00 | 140.03 | 5,696.33 |
| 9/4/2022 | 9/3/2022 4:28 AM | 9,906.46 | 0.00 | 221.08 | 9,685.38 |
| 9/5/2022 | 9/4/2022 4:28 AM | 9,698.60 | 0.00 | 210.85 | 9,487.75 |
| 9/8/2022 | 9/7/2022 4:20 AM | 5,058.12 | 0.00 | 120.65 | 4,937.47 |
| 9/9/2022 | 9/8/2022 4:24 AM | 5,774.74 | 0.00 | 136.46 | 5,638.28 |
| 9/10/2022 | 9/9/2022 4:26 AM | 7,563.29 | 0.00 | 176.41 | 7,386.88 |
| 9/11/2022 | 9/10/2022 5:18 AM | 10,001.86 | 0.00 | 226.76 | 9,775.10 |
| 9/12/2022 | 9/11/2022 4:52 AM | 8,162.69 | 0.00 | 181.96 | 7,980.73 |
| 9/15/2022 | 9/14/2022 4:23 AM | 5,761.60 | 0.00 | 128.79 | 5,632.81 |
| 9/16/2022 | 9/15/2022 4:25 AM | 7,149.97 | 0.00 | 162.05 | 6,987.92 |
| 9/17/2022 | 9/16/2022 4:20 AM | 6,375.33 | 0.00 | 143.49 | 6,231.84 |
| 9/18/2022 | 9/17/2022 5:07 AM | 10,764.21 | 0.00 | 237.14 | 10,527.07 |
| 9/19/2022 | 9/18/2022 5:16 AM | 8,175.01 | 0.00 | 192.65 | 7,982.36 |
| 9/22/2022 | 9/21/2022 4:23 AM | 6,664.38 | 0.00 | 156.54 | 6,507.84 |
| 9/23/2022 | 9/22/2022 4:32 AM | 6,476.19 | 0.00 | 147.88 | 6,328.31 |
| 9/24/2022 | 9/23/2022 4:28 AM | 6,858.01 | 0.00 | 165.81 | 6,692.20 |
| 9/25/2022 | 9/24/2022 4:49 AM | 10,662.55 | 0.00 | 241.45 | 10,421.10 |
| 9/26/2022 | 9/25/2022 5:04 AM | 9,787.99 | 0.00 | 223.30 | 9,564.69 |
| 9/29/2022 | 9/28/2022 4:23 AM | 6,150.05 | 0.00 | 140.92 | 6,009.13 |
| 9/30/2022 | 9/29/2022 4:28 AM | 7,171.67 | 0.00 | 166.33 | 7,005.34 |
| | Total | 166,343.28 | 0.00 | 3,800.21 | 162,543.07 |

PLAINTIFF'S EXHIBIT

5

| | |
|---|---|
| Statement Date: | 1/31/23 |
| Statement Period: | 1/01/23 – 1/31/23 |

| | |
|---|---|
| Merchant ID: | 324000000020.00015770.1271239.394988 |
| Merchant Name: | Banana Blossom |
| Merchant Address: | 500 9th St<br>Gretna, LA 70053 |

# Card Processing - Visa / MasterCard / Discover / Amex

| Type | Rate | Payments | | Refunds | | Fees Collected | Fee Adjustments | Fees Adjusted | Net |
|---|---|---|---|---|---|---|---|---|---|
| V/MC/D | 1.8186% + 0.15 | 1779 | $139,077.55 | 0 | $0.00 | $2,796.64 | -$0.53 | $2,796.11 | $136,281.44 |
| V/MC/D (Keyed) | 3.5% + 0.15 | 254 | $13,497.36 | 0 | $0.00 | $510.51 | $0.00 | $510.51 | $12,986.85 |
| Amex (Swiped) | 2.8688% + 0.15 | 233 | $24,239.02 | 0 | $0.00 | $730.33 | -$0.01 | $730.32 | $23,508.70 |
| Amex (Keyed) | 3.1688% + 0.15 | 17 | $1,210.27 | 0 | $0.00 | $40.91 | -$0.01 | $40.90 | $1,169.37 |
| Total | | 2283 | $178,024.20 | 0 | $0.00 | $4,078.39 | -$0.55 | $4,077.84 | $173,946.36 |

# Credit Card Batches

| Settled Date | Batch Date | Payments | Refunds | Fees | Net (Dep) |
|---|---|---|---|---|---|
| 1/5/2023 | 1/4/2023 4:18 AM | 7,861.26 | 0.00 | 184.04 | 7,677.22 |
| 1/6/2023 | 1/5/2023 5:39 AM | 8,064.44 | 0.00 | 183.70 | 7,880.74 |
| 1/7/2023 | 1/6/2023 4:20 AM | 9,223.96 | 0.00 | 215.22 | 9,008.74 |
| 1/8/2023 | 1/7/2023 4:32 AM | 11,240.14 | 0.00 | 255.70 | 10,984.44 |
| 1/9/2023 | 1/8/2023 4:41 AM | 11,968.42 | 0.00 | 276.09 | 11,692.33 |
| 1/12/2023 | 1/11/2023 4:18 AM | 7,272.98 | 0.00 | 161.58 | 7,111.40 |
| 1/13/2023 | 1/12/2023 4:19 AM | 7,801.19 | 0.00 | 183.50 | 7,617.69 |
| 1/14/2023 | 1/13/2023 4:22 AM | 8,113.34 | 0.00 | 184.90 | 7,928.44 |
| 1/15/2023 | 1/14/2023 4:31 AM | 11,597.00 | 0.00 | 255.87 | 11,341.13 |
| 1/16/2023 | 1/15/2023 4:36 AM | 11,087.28 | 0.00 | 249.99 | 10,837.29 |
| 1/19/2023 | 1/18/2023 4:18 AM | 8,363.01 | 0.00 | 196.28 | 8,166.73 |
| 1/20/2023 | 1/19/2023 4:26 AM | 4,740.71 | 0.00 | 111.88 | 4,628.83 |
| 1/21/2023 | 1/20/2023 4:22 AM | 8,167.58 | 0.00 | 190.35 | 7,977.23 |
| 1/22/2023 | 1/21/2023 4:35 AM | 10,862.20 | 0.00 | 245.96 | 10,616.24 |
| 1/23/2023 | 1/22/2023 4:36 AM | 12,283.80 | 0.00 | 274.71 | 12,009.09 |
| 1/26/2023 | 1/25/2023 4:18 AM | 4,837.90 | 0.00 | 112.21 | 4,725.69 |
| 1/27/2023 | 1/26/2023 4:23 AM | 7,399.67 | 0.00 | 168.25 | 7,231.42 |
| 1/28/2023 | 1/27/2023 4:28 AM | 6,571.01 | 0.00 | 158.58 | 6,412.43 |
| 1/29/2023 | 1/28/2023 4:34 AM | 10,775.02 | 0.00 | 245.47 | 10,529.55 |
| 1/30/2023 | 1/29/2023 4:43 AM | 9,793.29 | 0.00 | 224.11 | 9,569.18 |
| | Total | 178,024.20 | 0.00 | 4,078.39 | 173,945.81 |

Statement Date:  10/30/24

Statement Period:  9/30/24 - 10/30/24

Merchant ID:  324000000020.00015770.1271239.394988

Merchant Name:  Banana Blossom

Merchant Address:  500 9th St
Gretna, LA 70053

# Card Processing - Visa / MasterCard / Discover / Amex

| Type | Rate | | Payments | | Refunds | | Fees | Fee Adjustments | Fees Adjusted | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| V/MC/D (Swipe/Dip/Tap) – Debit/Prepaid | 1.75% + 0.2 | | 922 | $70,703.60 | 0 | $0.00 | $1,421.74 | -$0.03 | $1,421.71 | $69,281.89 |
| V/MC/D (Swipe/Dip/Tap) – Credit | 2.91% + 0.1 | | 826 | $78,502.00 | 1 | $34.00 | $2,367.07 | -$0.06 | $2,367.01 | $76,100.99 |
| V/MC/D (Keyed) | 3.5% + 0.15 | | 204 | $13,011.51 | 0 | $0.00 | $486.03 | -$0.03 | $486.00 | $12,525.51 |
| Amex | 3.5% + 0.15 | | 250 | $27,364.17 | 0 | $0.00 | $995.34 | -$0.09 | $995.25 | $26,368.92 |
| Total | | | 2202 | $189,581.28 | 1 | $34.00 | $5,270.18 | -$0.21 | $5,269.97 | $184,277.31 |

# Credit Card Batches

| Settled Date | Batch Date | Payments | Refunds | Fees | Net (Dep) |
|---|---|---|---|---|---|
| 10/3/2024 | 10/2/2024, 5:26 AM | 6,794.27 | 0.00 | 196.78 | 6,597.49 |
| 10/4/2024 | 10/3/2024, 4:54 AM | 8,511.94 | 0.00 | 233.69 | 8,278.25 |
| 10/5/2024 | 10/4/2024, 4:52 AM | 9,023.47 | 0.00 | 256.79 | 8,766.68 |
| 10/6/2024 | 10/5/2024, 5:18 AM | 11,466.41 | 0.00 | 307.95 | 11,158.46 |
| 10/7/2024 | 10/6/2024, 5:10 AM | 8,475.62 | 0.00 | 237.11 | 8,238.51 |
| 10/10/2024 | 10/9/2024, 5:34 AM | 6,449.58 | 0.00 | 183.27 | 6,266.31 |
| 10/11/2024 | 10/10/2024, 4:56 AM | 8,079.37 | 0.00 | 222.48 | 7,856.89 |
| 10/12/2024 | 10/11/2024, 4:51 AM | 7,849.34 | 0.00 | 221.08 | 7,628.26 |
| 10/13/2024 | 10/12/2024, 5:00 AM | 13,507.03 | 0.00 | 363.25 | 13,143.78 |
| 10/14/2024 | 10/13/2024, 5:14 AM | 10,960.99 | 0.00 | 310.11 | 10,659.88 |
| 10/17/2024 | 10/16/2024, 7:03 AM | 8,647.43 | 0.00 | 244.93 | 8,402.50 |
| 10/18/2024 | 10/17/2024, 6:22 AM | 8,551.57 | 0.00 | 232.10 | 8,319.47 |
| 10/19/2024 | 10/18/2024, 5:41 AM | 6,912.01 | 0.00 | 193.73 | 6,718.28 |
| 10/20/2024 | 10/19/2024, 5:22 AM | 10,604.83 | 0.00 | 299.44 | 10,305.39 |
| 10/21/2024 | 10/20/2024, 5:03 AM | 9,661.30 | 0.00 | 265.94 | 9,395.36 |
| 10/23/2024 | 10/22/2024, 6:47 AM | 40.00 | 0.00 | 1.55 | 38.45 |
| 10/24/2024 | 10/23/2024, 6:23 AM | 8,123.55 | 0.00 | 235.57 | 7,887.98 |
| 10/25/2024 | 10/24/2024, 8:24 AM | 7,803.51 | 0.00 | 216.00 | 7,587.51 |
| 10/26/2024 | 10/25/2024, 7:20 AM | 8,019.75 | 0.00 | 219.28 | 7,800.47 |
| 10/27/2024 | 10/26/2024, 7:31 AM | 10,687.05 | 0.00 | 295.58 | 10,391.47 |
| 10/28/2024 | 10/27/2024, 7:27 AM | 12,492.61 | 0.00 | 346.75 | 12,145.86 |
| 10/31/2024 | 10/30/2024, 6:50 AM | -34.00 | 34.00 | 0.00 | -34.00 |
| | 10/30/2024, 7:15 AM | 6,910.65 | 0.00 | 186.80 | 6,723.85 |
| | Total | 189,581.28 | 34.00 | 5,270.18 | 184,277.10 |