**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

## ORDER

Having duly considered the *Motion for Collective Action Certification* and the arguments relevant thereto;

IT IS HEREBY ORDERED that the *Motion for Collective Action Certification* is GRANTED;

IT IS FURTHER ORDERED that within 10 days of this order, Defendants will disclose to Plaintiffs the names, last known home addresses, email addresses (business and home), and home and cellular telephone numbers for the above-defined potential opt-in plaintiffs;

IT IS FURTHER ORDERED that Plaintiffs shall send the Proposed Notice and Consent Forms to be mailed, texted, and emailed to the class members;

IT IS FURTHER ORDERED that opt-in plaintiffs shall opt in within thirty (30) days of the date that notice is sent to members of the collective, and any opt-ins who seek to join the action after that deadline must establish good cause for their delay; and

IT IS FURTHER ORDERED that Plaintiffs shall send a reminder notice by telephone, 21 days prior to the close of the opt-in period, to any putative class members who have not yet opted in.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE