**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 25-1341** |
| **VERSUS** | |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **SECTION "G" (5)** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs set their *Motion for Collective Action*

*Certification* for submission on June 24, 2026.

Respectfully Submitted:

| | |
|---|---|
| | /s/ Abigail L. Floresca_____ |
| WILLIAM MOST (La. Bar No. 36914) | KENNETH C. BORDES (La. Bar No. 35668) |
| HOPE PHELPS (La. Bar No. 37259) | **ABIGAIL FLORESCA (La. Bar No. 41248)** |
| MOST & ASSOCIATES | 3914 Canal St. |
| 201 St. Charles Ave., Ste. 2500, # 9685 | New Orleans, Louisiana 70119 |
| New Orleans, LA 70170 | Telephone: 504-588-2700 |
| Tel: 504-500-7974 | Facsimile: 504-708-1717 |
| E-Mail: hopeaphelps@outlook.com | E-Mail: kcb@kennethbordes.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2026, a true and correct copy of the foregoing was delivered via ECF to mladd@bmcdlaw.com and jperez@jcbtax.com.

/s/    Abigail L. Floresca_____
ABIGAIL L. FLORESCA