**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.**<br><br>**VERSUS**<br><br>**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **CIVIL ACTION NO. 25-1341**<br><br>**SECTION "G" (5)** |

**Notice of Stipulation as to Partial Liability**
**and FLSA Recordkeeping Violations Under 29 CFR Part 516**

In this matter, Plaintiffs brought claims against Defendants for violation of the FLSA (including overtime, illegal tip-pooling, illegal credit card fee deduction, notice, and retaliation violations), as well as violations of state law. R. Doc. 1.

During the 30(b)(6) deposition of Defendant Banana Blossom Thai Café, LLC, the parties (and counsel) narrowed the issues for trial by "stipulating that employees were not paid overtime," and that therefore the only issue for trial on that claim is "calculating the correct overtime to be paid to the employees." *See* Ex. A at 45:8 to 48:4. The Parties also confirmed that Defendants did not maintain records as required pursuant to 29 CFR Part 516, specifically records including 1) weekly or daily hours worked by employees, and 2) weekly or daily tip wages earned by employees (tip wage records were thrown away as a matter of practice). *Id.*; Ex. A at 53:15 to 57:11.

Accordingly, Plaintiffs hereby provide notice to the Court for the purposes of trial planning that the issue of Defendants' liability as to Plaintiffs' overtime claim is resolved, leaving calculation of the total amounts owed to be determined.

Further, notice is hereby provided of the confirmation by Defendants that records were not kept pursuant to FLSA Recordkeeping Regulations under 29 CFR Part 516.[1]

---

[1] Plaintiffs will present just and reasonable inferences to approximate the amounts owed in accordance with the Fifth Circuit's directive framework in *Anderson v. Mt. Clemens Pottery*

Respectfully Submitted:

/s/ William Most
WILLIAM MOST (La. Bar No. 36914)        KENNETH C. BORDES (La. Bar No. 35668)
HOPE PHELPS (La. Bar No. 37259)         ABIGAIL FLORESCA (La. Bar No. 41248)
MOST & ASSOCIATES                       3914 Canal St.
201 St. Charles Ave., Ste. 2500, # 9685  New Orleans, Louisiana 70119
New Orleans, LA 70170                   Telephone: 504-588-2700
Tel: 504-500-7974                       Facsimile: 504-708-1717
E-Mail: hopeaphelps@outlook.com         E-Mail: kcb@kennethbordes.com


*Counsel for Plaintiffs*

---

*Company*, 328 U.S. 680, 687 (1946), *superseded by statute on other grounds*, *more recently reaffirmed in U.S. Dep't of Lab. v. Five Star Automatic Fire Prot., L.L.C.*, 987 F.3d 436, 444 (5th Cir. 2021).