**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 25-1341** |
| **VERSUS** | |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **SECTION "G" (5)** |

### *Ex Parte* Motion for Expedited Consideration of Two Unopposed Motions

Given the shortness of time before trial, and the potential need for collective notice and opting-in, this motion is to ask for an expedited consideration and ruling on two unopposed motions, R. Docs. 26 and 31.

In this matter, Plaintiffs brought claims against Defendants for violation of the FLSA (including overtime, illegal tip-pooling, illegal credit card fee deduction, notice, and retaliation violations), as well as violations of state law. R. Doc. 1.

On May 29, 2026, Plaintiffs filed a motion to compel production of certain records and to grant reasonable attorneys fees. R. Doc. 26. The motion was noticed for submission on June 17, 2026. R. Doc. 26-3. Any opposition was due June 9, 2026. LR 7.5. None was filed.

On June 8, 2026, Plaintiffs filed a motion to certify a collective action. R. Doc. 31. The motion was noticed for submission on June 24, 2026. R. Doc. 31-8. Any opposition was due June 16, 2026. LR 7.5. None was filed.[1]

Plaintiffs ask for expedited consideration of these motions for two reasons. First, because they should be relatively easy to resolve, given the lack of any opposition. And second, because this matter is set for trial on August 17, 2026. If the motion for collective certification is granted,

---

[1] Plaintiffs had intended to supplement the Motion to Certify Collective Action with 30(b)(6) deposition transcripts once received. Those have been received, but supplementation now appears moot given the Defendants' lack of any opposition. Plaintiffs can, however, supplement with those transcripts if the Court wishes.

plaintiffs' counsel will need to obtain contact information for potential collective members from Defendants, send out the notice, allow thirty days to opt-in, and then prepare the collective members for trial – all between now and mid-August.

For these reasons, Plaintiffs respectfully ask for expedited consideration of the unopposed motions, R. Docs. 26 and 31.

Respectfully Submitted:

/s/ William Most

WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*