**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**ORDER**

Having duly considered the Plaintiffs' *Ex Parte Motion for Expedited Consideration of Two Unopposed Motions* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED as follows.

**Plaintiffs' Motion to Compel (R. Doc. 26)**

Plaintiffs motion to compel production of certain records and to grant reasonable attorneys fees (R. Doc. 26) is hereby GRANTED. Defendants are ordered to conduct a search for the requested electronic communications. Defendants are ordered to confirm the search was conducted and produce documents responsive to the Requests for Production within two weeks of this order, and if Defendants fail to comply with all instructions of this Court regarding conducting the search for responsive records, they will be in violation of this Order of the Court, and sanctions will be imposed, which can include finding them in contempt of Court and dispositive sanctions. It is further ordered that Plaintiffs' request for reasonable attorneys fees incurred in preparing the Motion to Compel is granted. Within thirty days of this order, Plaintiffs shall confer with Defendants about the quantum of reasonable attorneys fees. If they cannot agree, Plaintiffs shall submit a fee petition to the Court.

**Plaintiffs Motion for Collective Action Certification (R. Doc. 31)**

IT IS HEREBY ORDERED that the Motion for Collective Action Certification is GRANTED; IT IS FURTHER ORDERED that within 10 days of this order, Defendants will disclose to Plaintiffs the names, last known home addresses, email addresses (business and home), and home and cellular telephone numbers for the above-defined potential opt-in plaintiffs; IT IS FURTHER ORDERED that Plaintiffs shall send the Proposed Notice and Consent Forms to be mailed, texted, and emailed to the class members; IT IS FURTHER ORDERED that opt-in plaintiffs shall opt in within thirty (30) days of the date that notice is sent to members of the collective, and any opt-ins who seek to join the action after that deadline must establish good cause for their delay; and IT IS FURTHER ORDERED that Plaintiffs shall send a reminder notice by telephone, 21 days prior to the close of the opt-in period, to any putative class members who have not yet opted in.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE