**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

### *Ex Parte* Motion for Expedited Consideration of Unopposed Motion to Certify Collective Action

Given the shortness of time before trial, and the potential need for collective notice and opting-in, this motion is to ask for an expedited consideration and ruling on Plaintiffs' unopposed motion to certify a collective action, R. Doc. 31.

In this matter, Plaintiffs brought claims against Defendants for violation of the FLSA (including overtime, illegal tip-pooling, illegal credit card fee deduction, notice, and retaliation violations), as well as violations of state law. R. Doc. 1.

On June 8, 2026, Plaintiffs filed a motion to certify a collective action. R. Doc. 31. The motion was noticed for submission on June 24, 2026. R. Doc. 31-8. Any opposition was due June 16, 2026. LR 7.5. None was filed.[1]

Plaintiffs ask for expedited consideration of this motion for two reasons. First, because it should be relatively easy to resolve, given the lack of any opposition. And second, because this matter is set for trial on August 17, 2026. If the motion for collective certification is granted, plaintiffs' counsel will need to obtain contact information for potential collective members from Defendants, send out the notice, allow thirty days to opt-in, and then prepare the collective

---

[1] Plaintiffs had intended to supplement the Motion to Certify Collective Action with 30(b)(6) deposition transcripts once received. Those have been received, but supplementation now appears moot given the Defendants' lack of any opposition. Plaintiffs can, however, supplement with those transcripts if the Court wishes.

members for trial – all between now and mid-August.

For these reasons, Plaintiffs respectfully ask for expedited consideration of the unopposed

motion, R. Doc. 31.

Respectfully Submitted:

/s/ William Most
WILLIAM MOST (La. Bar No. 36914)        KENNETH C. BORDES (La. Bar No. 35668)
HOPE PHELPS (La. Bar No. 37259)         ABIGAIL FLORESCA (La. Bar No. 41248)
MOST & ASSOCIATES                        3914 Canal St.
201 St. Charles Ave., Ste. 2500, # 9685  New Orleans, Louisiana 70119
New Orleans, LA 70170                    Telephone: 504-588-2700
Tel: 504-500-7974                        Facsimile: 504-708-1717
E-Mail: hopeaphelps@outlook.com          E-Mail: kcb@kennethbordes.com


*Counsel for Plaintiffs*