**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

**ORDER**

Having duly considered the Plaintiffs' *Ex Parte Motion for Expedited Consideration of Unopposed Motion to Certify Collective Action* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED as follows.

IT IS HEREBY ORDERED that the Motion for Collective Action Certification is GRANTED; IT IS FURTHER ORDERED that within 10 days of this order, Defendants will disclose to Plaintiffs the names, last known home addresses, email addresses (business and home), and home and cellular telephone numbers for the above-defined potential opt-in plaintiffs; IT IS FURTHER ORDERED that Plaintiffs shall send the Proposed Notice and Consent Forms to be mailed, texted, and emailed to the class members; IT IS FURTHER ORDERED that opt-in plaintiffs shall opt in within thirty (30) days of the date that notice is sent to members of the collective, and any opt-ins who seek to join the action after that deadline must establish good cause for their delay; and IT IS FURTHER ORDERED that Plaintiffs shall send a reminder notice by telephone, 21 days prior to the close of the opt-in period, to any putative class members who have not yet opted in.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE