**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

### *Ex Parte* Motion for Expedited Consideration of Unopposed Motion to Compel

Given the shortness of time before trial and pre-trial deadlines, this motion is to ask for an expedited consideration and ruling on Plaintiffs' unopposed motion to compel, R. Docs. 26.

In this matter, Plaintiffs brought claims against Defendants for violation of the FLSA (including overtime, illegal tip-pooling, illegal credit card fee deduction, notice, and retaliation violations), as well as violations of state law. R. Doc. 1.

On May 29, 2026, Plaintiffs filed a motion to compel production of certain records and to grant reasonable attorneys fees. R. Doc. 26. The motion was noticed for submission on June 17, 2026. R. Doc. 26-3. Any opposition was due June 9, 2026. LR 7.5. None was filed.

Plaintiffs ask for expedited consideration of this motion for two reasons. First, because it should be relatively easy to resolve, given the lack of any opposition. And second, because this matter is set for trial on August 17, 2026. The deadline for the proposed pre-trial order, including exhibit lists, is July 23, 2026. R. Doc. 11. If the motion to compel is granted, Defendants will need some amount of time to comply, and Plaintiffs' counsel will need some amount of time to review the produced documents, identify any potential exhibits, discuss relevance with their clients, and then add to the exhibit list.

For these reasons, Plaintiffs respectfully ask for expedited consideration of the unopposed motion, R. Docs. 26.

Respectfully Submitted:

/s/ William Most

WILLIAM MOST (La. Bar No. 36914)        KENNETH C. BORDES (La. Bar No. 35668)
HOPE PHELPS (La. Bar No. 37259)          ABIGAIL FLORESCA (La. Bar No. 41248)
MOST & ASSOCIATES                        3914 Canal St.
201 St. Charles Ave., Ste. 2500, # 9685  New Orleans, Louisiana 70119
New Orleans, LA 70170                    Telephone: 504-588-2700
Tel: 504-500-7974                        Facsimile: 504-708-1717
E-Mail: hopeaphelps@outlook.com          E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*