**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 25-1341** |
| **VERSUS** | **SECTION "G" (5)** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | |

## ORDER

Having duly considered the Plaintiffs' *Ex Parte Motion for Expedited Consideration of Unopposed Motion to Compel* and the arguments relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED as follows.

Plaintiffs motion to compel production of certain records and to grant reasonable attorneys fees (R. Doc. 26) is hereby GRANTED. Defendants are ordered to conduct a search for the requested electronic communications. Defendants are ordered to confirm the search was conducted and produce documents responsive to the Requests for Production within two weeks of this order, and if Defendants fail to comply with all instructions of this Court regarding conducting the search for responsive records, they will be in violation of this Order of the Court, and sanctions will be imposed, which can include finding them in contempt of Court and dispositive sanctions. It is further ordered that Plaintiffs' request for reasonable attorneys fees incurred in preparing the Motion to Compel is granted. Within thirty days of this order, Plaintiffs shall confer with Defendants about the quantum of reasonable attorneys fees. If they cannot agree, Plaintiffs shall submit a fee petition to the Court.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE