**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.                                      CIVIL ACTION

VERSUS                                                              NUMBER: 25-1341

BANANA BLOSSOM THAI CAFÉ, L.L.C., ET AL.        SECTION: "G" (5)

## ORDER

Before the Court is the Motion to Compel Production (rec. doc. 26) filed by Plaintiffs. Defendants have filed no opposition to the motion in accordance with the local rules of this Court.  Accordingly,

**IT IS ORDERED** that the motion (rec. doc. 26) is **GRANTED**.   Defendants are ordered to conduct a search for requested electronic communications.   Defendants are further ordered to confirm the search was conducted and produce documents responsive to the Requests for Production **within two weeks of this order**, and

If Defendants fail to comply with all instructions of this Court regarding conducting the search for responsive records, they will be in violation of this Order of the Court, and sanctions will be imposed, up to possible dispositive sanctions.

**IT IS HEREBY ORDERED** that Plaintiffs' request for reasonable attorneys' fees incurred in preparing the Motion to Compel is **GRANTED**.   Within 30 days of this order, Plaintiffs shall confer with Defendants about the quantum of reasonable attorneys' fees.   If they cannot agree, Plaintiffs shall submit a fee petition to the Court.

**IT IS FURTHER ORDERED** that the oral hearing set on June 25, 2026 *on this motion only* is hereby **CANCELLED**.

**IT IS FURTHER ORDERED**  that the motion to expedite (rec. doc. 35) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this _____ 22nd _____ day of _____ June _____, 2026.

_____
**MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE**