Gmail

**John Perez <jperez@bmcdlaw.com>**

## Hearing Reset

1 message

**John Perez** <jperez@bmcdlaw.com>    Wed, Jun 24, 2026 at 5:42 PM
To: Jimmy Chotikarnkul <jimmycho1975@gmail.com>

Jimmy,

Please see the attached orders, 25 you've received before, and 38, resetting the hearing to July 2 at 11:00 a.m. which we discussed earlier this afternoon.

--
Best regards,
### John D. Perez, Esq.
Butler McDonald
2450 Severn Ave. Suite 400
Metairie, LA 70001
O: 504-285-5440





IMPORTANT NOTICE: New name, same great service! We are no longer The Law Office of John Butler. We have rebranded to Butler McDonald, so our emails and logo have changed! Beginning August 1, 2024, we can be located at the new address above. If you have any questions, please give us a call. 504-285-5440.

Notice of Confidentiality: This e-mail, including attachments, may contain confidential information that is subject to attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original transmission and its attachments without reviewing, copying, or saving them and notify us immediately.

**2 attachments**

📄 **Order- Settlement Conference (25).pdf**
164K

📄 **Order- Hearing Reset (38).pdf**
89K