**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CONNOR PULLIAM, ET AL.<br><br>VERSUS<br><br>BANANA BLOSSOM THAI CAFÉ,<br>LLC, ET AL. | CIVIL ACTION NO. 25-1341<br><br>SECTION "G" (5) |

*Ex Parte* **Motion to Supplement**
**Plaintiffs' Motion for Collective Action Certification [R. Doc. 31]**

NOW INTO COURT, through undersigned counsel, come Plaintiffs to respectfully move this Honorable Court to supplement the record to include "Exhibit 6" to Plaintiffs' Motion for Collective Action Certification [R. Doc. 31]. In this matter, Plaintiffs brought claims against Defendants for violation of the FLSA (including overtime, illegal tip-pooling, illegal credit card fee deduction, notice, and retaliation violations), as well as violations of state law. R. Doc. 1. Plaintiffs moved for collective certification on June 8, 2026, and on June 24, 2026, their motion was granted. R. Docs. 31 and 37. At the time that they filed their motion for certification, Plaintiffs were not in possession the transcript of Ms. Jinawong's deposition. Accordingly, Plaintiffs now move to supplement the record with Ms. Jinawong's deposition transcript.

On May 19, 2026, Banana Blossom's manager Kulisara Jinawong sat for a deposition. Some of her testimony was relevant to Plaintiffs' motion for collective certification including:

- Her testimony regarding the existence and structure of the tip pool as applied to all employees and deductions.[1]

- Her testimony that after meeting with Plaintiffs, she tried to tell Defendant Rattanasak "Jimmy" Chotikarnkul, the owner of the Banana Blossom Restaurant, to stop splitting the tip pool with back of house, but Jimmy ignored her.[2]

- Her testimony that confirmed she clocked in for server shifts despite being a

---

[1] Exh. 6 (transcript of the deposition of Kulisara Jinawong).
[2] Exh. 6 at 29:14-30:5.

salaried manager.[3]

- Her testimony that confirmed that tips were recorded manually in the tip log notebooks and distributed in cash.[4]

Plaintiffs respectfully request that the Motion for Collective Action Certification [R. Doc. 31] be supplemented to include Exhibit 6, attached hereto.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*

---

[3] Exh. 6 at 18:11-18.
[4] Exh. 6 at 22:3-6, 26:21-24.