**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ,**
**LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**ORDER**

CONSIDERING THE FOREGOING Plaintiffs' *Ex Parte* Motion to Supplement

Plaintiffs' Motion for Collective Action Certification [R. Doc. 31],

IT IS HEREBY ORDERED that the motion is GRANTED and the attached exhibit shall

be filed into the record as Exhibit 6 to Plaintiffs' Motion for Collective Action Certification [R.

Doc. 31].

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE