**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF  LOUISIANA**

**DOCKET NO. 2:25-cv-01341**                    **DIVISION: "G" (5)**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFE, LLC, ET AL.**

**FILED:** _____         _____
                                                    **DEPUTY CLERK**

## DECLARATION OF SERVICE

Per Order (rec. doc. 43), counsel for Chotikarnkul has served both orders (rec. doc. 25

and 43) on Chotikarnkul via email on July 2, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| The undersigned attorney hereby certifies that he has served a copy of the foregoing pleading to all counsel of record, through the CM/ECF. | **BUTLER McDONALD** |
| _____/s/ John D. Perez_____ <br> **JOHN D. PEREZ (#39302)** | BY:    /s/ John D. Perez_____ <br> **JOHN D. PEREZ (#39302)** <br> MARK R. LADD (#30847) <br> 2450 Severn Avenue, Suite 400 <br> Metairie, Louisiana 70001 <br> Telephone: (504) 285-5440 <br> Facsimile: (504) 407-2101 <br> E-mail: jperez@bmcdlaw.com <br> E-mail: mladd@bmcdlaw.com <br> *Counsel for Defendants* |