**Gmail**

**John Perez <jperez@bmcdlaw.com>**

## Hearing Reset

1 message

**John Perez** <jperez@bmcdlaw.com>                                         Thu, Jul 2, 2026 at 2:26 PM
To: Jimmy Chotikarnkul <jimmycho1975@gmail.com>

Jimmy,

Please see the attached orders, 25 you've received before, and 43, resetting the hearing to July 32 at 11:00 a.m. from
July 2 at 11:00 a.m. which we discussed yesterday.

--
Best regards,
### John D. Perez, Esq.
Butler McDonald
2450 Severn Ave. Suite 400
Metairie, LA 70001
O: 504-285-5440





IMPORTANT NOTICE: New name, same great service! We are no longer The Law Office of John Butler. We have rebranded to Butler
McDonald, so our emails and logo have changed! Beginning August 1, 2024, we can be located at the new address above. If you have any
questions, please give us a call. 504-285-5440.

Notice of Confidentiality: This e-mail, including attachments, may contain confidential information that is subject to
attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original
transmission and its attachments without reviewing, copying, or saving them and notify us immediately.

---

**2 attachments**

📄 **Order Resetting Hearing (43).pdf**
89K

📄 **Order- Settlement Conference (25).pdf**
164K