**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC,**
**ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

\*\*\*    **THIS IS A COURT ORDERED NOTICE**    \*\*\*
\*\*\*    **THIS IS NOT AN ADVERTISEMENT FROM A LAWYER**    \*\*\*

<u>IMPORTANT NOTICE TO CURRENT AND FORMER EMPLOYEES</u>
<u>OF BANANA BLOSSOM THAI CAFÉ, LLC</u>

**TO**:    All employees who are or were employed by Banana Blossom Thai Café, LLC at any point from June 30, 2022 to present, who:

(a)    Worked more than forty hours in at least one workweek and were subject to Banana Blossom Thai Café LLC's blanket practice and/or policy of not paying overtime wages to employees working more than forty (40) hour per week; and/or

(b)    Were subject to a tip credit being taken by Banana Blossom Thai Café, LLC.

**RE:**    The right of current and former employees employed by Banana Blossom Thai Café, LLC to join an Action seeking recovery of unpaid wages.

**DEADLINE TO RETURN FORM: (within 30 days of mailing of Notice) is <mark>[DATE]</mark>.**
_____

**1.    WHY ARE YOU GETTING THIS NOTICE?**

You received this Notice because the Court in charge of this lawsuit has ordered this Notice to be sent to persons who are identified by Banana Blossom's records as current and/or former employees who were subject to the pay practices of Banana Blossom. This Court has allowed or "certified" a collective action that may affect you.

This is NOT a class action. Obtaining any wages owed to you through this Action requires your consent.

This Notice is intended to inform you of how your rights may be affected by this Action and instruct you on the procedure for participating, should you decide to do so.

### 2.  WHAT IS THIS LAWSUIT ABOUT?

Former employees Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul's (collectively, "Named Plaintiffs") filed this lawsuit on behalf of themselves and other current and former employees of Banana Blossom Thai Café, LLC, alleging they are owed overtime pay and other unpaid wages resulting from Banana Blossom's practice of illegally deducting credit card fees from employees' tip and illegal tip pooling, and liquidated damages under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that Defendants retaliated against them. The lawsuit also claims several other state labor law violations and causes of action.

Defendants dispute the amount of damages owed. Plaintiffs' case asserts that Defendants either had knowledge or operated with reckless disregard of the law, and therefore were willful, of their improper employment pay practices. The Court has not yet decided these issues.

This Action seeks properly calculated unpaid wages, properly calculated overtime wages, liquidated damages, pre-judgment/post-judgment interest, compensatory and punitive damages, penalties other costs.

The Court granted Plaintiffs' Motion to allow this matter to proceed as a "Collective Action," meaning the above-named Plaintiffs may proceed in a representative capacity on behalf of all other similarly situated employees of Banana Blossom. You will not receive back wages from this Action unless, and until, you "opt-in" in accordance with this Notice and procedures fixed by the Court.

### 3.  WHAT ARE YOUR OPTIONS?

If you want to claim owed wages in this case, you must return the Consent Form. You may return the Consent Form in one of two ways:

1. Fill out the attached Notice of Consent form and mail it to Plaintiffs' attorneys in the enclosed envelope; or

2. Sign the Notice of Consent form electronically* by going to this secure site: [SITE]

> *If you sign electronically, your form will automatically be delivered
> via email to the law firm representing Named Plaintiffs.

If you submit a Notice of Consent under either method, you will be part of this case and will be represented by Named Plaintiffs' attorneys. Therefore, if Named Plaintiffs win the case, you may receive additional monies from Banana Blossom. If Named Plaintiffs lose, you will receive nothing, but you will not have to pay anything either. If you want to make a claim for owed wages, you must submit your Notice of Consent by the "DEADLINE TO RETURN FORM."

Because of the statute of limitations (prescriptive period), certain employees who do not join this litigation or file their own separate claims may lose their rights to recover owed wages. If you do not wish to take part, you do not need to do anything. The decision to join is entirely yours.

If you have questions about this Notice, or the wage claims, you may contact Named Plaintiffs' attorneys identified below. You may withdraw from the case any time you desire to do so even if you send back a Notice of Consent form.

4. **BANANA BLOSSOM CANNOT RETALIATE AGAINST YOU, FIRE YOU, OR TAKE ANY ADVERSE ACTION AGAINST YOU, IN ANY WAY, FOR JOINING THIS LAWSUIT.**

Many employees fear being terminated for seeking what they are owed. However, federal law prohibits Banana Blossom and its representatives from firing or discriminating against you in any way should you join this case. No current or former employee who exercises their right to join this case may be terminated or otherwise retaliated against for joining this Action. If you suspect any retaliation, contact Named Plaintiffs' attorneys identified below immediately.

5. **FURTHER INFORMATION AND LEGAL REPRESENTATION**

Plaintiffs' Complaint, Defendants' Answer, and other information is available at [SITE]. In addition, you may obtain a copy by contacting Plaintiffs' counsel who will forward a copy to you. If you have any questions about this Notice, the lawsuit, or the procedure for joining the lawsuit you may contact the office of Plaintiffs' counsel at:

| | |
|---|---|
| KENNETH C. BORDES<br>ABIGAIL FLORESCA<br>KENNETH C. BORDES,<br>ATTORNEY AT LAW, LLC<br>4224 CANAL ST.<br>NEW ORLEANS, LA 70119<br>P: 504-588-2700<br>F: 504-708-1717<br>E: KCB@KENNETHBORDES.COM | WILLIAM MOST (LA. BAR NO. 36914)<br>HOPE PHELPS (LA. BAR NO. 37259)<br>MOST & ASSOCIATES<br>SUITE 2500 #9685<br>NEW ORLEANS, LA 70170<br>(504) 509-5023<br>WILLIAMMOST@GMAIL.COM<br>HOPEAPHELPS@OUTLOOK.COM |

If you choose to join through this process, you will be represented by the above representatives. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE NANNETE JOLIVETTE BROWN, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF LOUISIANA.

**PLEASE DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**

***CONSENT FORM ON FOLLOWING PAGE***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ, LLC,**
**ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**CONSENT TO JOIN WAGE CLAIM AGAINST BANANA BLOSSOM THAI CAFÉ, LLC**

Print Name: _____

1. I consent, agree, and opt-in to the Action filed against Banana Blossom, to pursue my claims of unpaid wages during my employment with the company.

2. I understand that this Action is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the Named Plaintiffs' attorneys as my attorney(s) to prosecute my wage claims. (Note: If you desire to be represented by other counsel, please provide them with this information, as Named Plaintiffs' attorneys will not take any action on your behalf).

4. I consent to having the Representative Named Plaintiffs in the complaint against Banana Blossom Defendants make all the decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiffs' Counsel regarding attorney's fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize Plaintiffs' Counsel to use this Consent to re-file my claim in a separate action or arbitration against Banana Blossom Defendants should the need arise.

Signature: _____
Print Name: _____
Address: _____
_____
Email: _____
Phone: _____
Date Signed: _____

You may also sign this form electronically by going to this website: [SITE].

If you sign this paper version of the form, you should immediately email *and* mail your signed form to:

Hope Phelps, Most & Associates:
Email: hopeaphelps@outlook.com
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170.

Court imposed deadline for filing is    [DATE].

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

-and-

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*