UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONNOR PULLIAM, ET AL.                          CIVIL ACTION

VERSUS                                          NO: 25-1341

BANANA BLOSSOM THAI CAFE, LLC, ET AL.           SECTION: "G"(5)

ORDER

Following the hearing on the Court's Rule to Show Cause set for Thursday, July 23, 2026, the Court intends to speak with the parties and counsel regarding possible settlement. In aid of that discussion, the parties may, if they wish, submit position papers and supporting material IN CONFIDENCE to the Court prior to Thursday's hearing. The position papers shall be emailed directly to: **efile-north@laed.uscourts.gov**.

New Orleans, Louisiana, this __20th__ day of _____July_____, 2026.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE