**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1341** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **SECTION: "G"(5)** |

## <u>ORDER</u>

Due to a conflict in the Court's calendar,

**IT IS HEREBY ORDERED** that the pretrial conference set for July 30, 2026 is **CONTINUED** to August 3, 2026 at 3:00 PM.

**NEW ORLEANS, LOUISIANA**, this _20th_ day of July, 2026.

*Nannette Jolivette Brown*

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**