**MINUTE ENTRY**
**NORTH, M.J.**
**JULY 23, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 25-1341** |
| **BANANA BLOSSOM THAI CAFÉ, L.L.C., ET AL.** | **SECTION: "G" (5)** |

On this date, the Court held a rule to show cause hearing in the above-captioned matter.  Present were Abigail Floresca, Hope Phelps, and Kenneth Bordes on behalf of Plaintiffs and John Perez and Mark Ladd on behalf of Defendants.  Cathy Pepper was the court reporter.  For the reasons stated on the record,

**IT IS ORDERED** that the rule to show cause is **TAKEN UNDER ADVISEMENT**.  The Court will proceed as detailed at the hearing after Defendants' discovery production at the end of this month.

_____
MICHAEL B. NORTH
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:13