**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-1341** |
| **BANANA BLOSSOM THAI CAFE, LLC., ET AL.** | **SECTION: "G"(5)** |

**ORDER**

Before the Court are Defendants Banana Blossom Thai Cafe, LLC and Rattanasak Chotikarnul's (collectively, "Defendants") "Pretrial Memorandum on Contested Issues of Law,"[1] and Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul's (collectively, "Plaintiffs") "Pretrial Memorandum of Contested Issues of Law."[2] Upon review of the Parties' memoranda, the Court determines that in the interest of judicial efficiency the contested issues of law will be more appropriately decided through motions practice. Therefore, the Court converts the Parties' memoranda to motions for summary judgment and grants leave to each party to file an opposition against their opponent's motion by Wednesday, August 5, 2026.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Pretrial Memorandum on Contested Issues of Law"[3] and Plaintiffs' "Pretrial Memorandum of Contested Issues of Law"[4] are converted to

---

[1] Rec. Doc. 52.

[2] Rec. Doc. 51.

[3] Rec. Doc. 52.

[4] Rec. Doc. 51.

1

motions for summary judgment.

**IT IS FURTHER ORDERED** that any opposition to the motions for summary judgment is due on Wednesday, August 5, 2026.

**NEW ORLEANS, LOUISIANA**, this 3rd day of August, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

2