**MINUTE ENTRY**
**BROWN, J.**
**August 3, 2026**
**JS-10  0:15**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                     **NO.   25-1341**

**BANANA BLOSSOM THAI CAFE, LLC.,**            **SECTION: "G"(5)**
**ET AL.**

<u>**MINUTE ENTRY**</u>

A pretrial conference was held on August 3, 2026, with the following individuals participating:

- William B. Most and Hope A. Phelps of Law Office of William Most, and Kenneth C. Bordes of Kenneth C. Bordes, Attorney at Law, LLC on behalf of Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, Pakanan Tonsakul, Camran White, Kaylen Marbry, and Vincent Nguyen
- John D. Perez of Butler McDonald on behalf of Defendants Rattanasak Chotikarnul and Banana Blossom Thai Cafe, LLC

The Court met with the parties to discuss the upcoming trial that is scheduled for August 17, 2026. The Court will interpret the parties' Pretrial Memoranda on Contested issues of Law as motions for summary judgment, with any opposition due on Wednesday, August 5, 2026. The parties are instructed to submit any stipulated facts to the Court by Wednesday, August 12, 2026, with an independent list of stipulations that will not be read to the jury labeled "For Court's Use Only." The Court will read all other stipulated facts to the jury before opening statements.

Plaintiff/Witness Assata Simpson may testify via Zoom. The parties must notify the Court

at least 24 hours in advance of the day Ms. Simpson is expected to testify. The use of a Thai interpreter via Zoom is permitted as needed to assist with interpreter services for witnesses. The parties must notify the Court as least 24 hours in advance of the day Zoom interpreter services will be required. The Court will not accept exhibits *in globo*, but the parties may stipulate as to the authenticity of certain exhibits to make the admission process more efficient. The parties may agree to the use of an exhibit, pursuant to Federal Rule of Evidence 1006, to assist jurors in keeping track of the multiple parties in the matter.

The parties must arrive by 8:30 AM on August 17, 2026, for preliminary matters. Jury selection will begin at 9:00 AM. Each party will have 20 minutes for opening statements, 30 minutes for closing arguments, and 360 minutes to present their case. Ten jurors will be selected for trial. Each side is allowed three peremptory strikes.

**NEW ORLEANS, LOUISIANA**, this  5th  day of August, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**