**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

**Plaintiffs' Notice Regarding Defendants' Document Production**

On July 23, 2026, the Court held a rule to show cause hearing regarding potential sanctions for the conduct of Defendants and/or Defendants' counsel. The Court ordered that the rule to show cause was taken under advisement, and that the Court would "proceed as detailed at the hearing after Defendant's discovery production at the end of this month." R. Doc. 49. The discovery production related to a motion to compel the Court had previously granted. See R. Doc. 53 (Transcript) at 4:23-5:5. Of particular note were the "missing text messages." *Id*. at 4:2-3. The Court advised that the production should "be a meaningful and robust and complete production." *Id*. at 12:20-21.

As described below, the production Defendants provided may be meaningful and robust, but it is certainly not complete.

On July 31, 2026 at 6:12 p.m., Defendants made a document production. The production consisted primarily of a large number of emails and payroll records – many of which were duplicates of prior productions. It was not, however, a "complete production." Plaintiffs have only found <u>one</u> text message in the entire production. There were very few communications from all of 2026. And large numbers of emails are missing their attachments.

1

Some of those missing attachments seem vital. For example, on May 6, 2025 – four days after Plaintiffs confronted their employer about the wage theft – Defendants appear to have met with their accountant. The email about that meeting has six attachments. *See* Ex. A. None of the attachments appear in the production, however.

And finally, very concerning to Plaintiffs is that the production reveals at least four new potential collective members not previously disclosed per the District Court's Order granting certification of the collective action and ordering production of names of all putative class members "within 10 days" of that June 24, 2026 Order. R. Doc. 37 at 8. These newly discovered names also contain no full contact information, which has since been requested and not received. Plaintiffs' counsel are discussing what to do about the fact that the names of potential collective members are still trickling in – two weeks before trial.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*