UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONNOR PULLIAM, ET AL.

VERSUS

BANANA BLOSSOM THAI CAFÉ,
LLC, ET AL.

CIVIL ACTION NO. 25-1341

SECTION "G" (5)

### Memorandum in Support of Plaintiffs' Motions *in Limine*

COME NOW, Plaintiffs, by and through undersigned counsel, who respectfully request that this Court grant the following Motion *in Limine*.

This is a case in which "violations under the FLSA have been stipulated to by Defendants,"[1] as well as Defendants' liability under the Louisiana Wage Payment Act.[2] Accordingly, the focus of trial will be the scope of those violations and the quantum of damages owed to Plaintiffs.

In this Motion, Plaintiffs ask the Court to exclude any evidence or argument:

- Denying Defendants' retaliation, because Defendants have stipulated to all three elements of retaliation.

- Contradicting Plaintiffs' evidence of hours worked and hourly rates because Defendants concede they chose not to keep records as required by law.

Based on the reasoning and evidence presented in the attached memorandum, Plaintiffs ask the Court to grant their motion.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)

---

[1] R. Doc. 52 (Defendants' Pretrial Memorandum) at 1.
[2] *Id.* at 3.

1

HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*