**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ,**
**LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

**ORDER**

Having duly considered the Plaintiffs' *Motion in Limine* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED as follows. No party shall offer any

evidence or testimony:

- Denying Defendants' retaliation, because Defendants have stipulated to all three elements of retaliation.

- Contradicting Plaintiffs' evidence of hours worked and hourly rates because Defendants concede they chose not to keep records as required by law.

SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____

UNITED STATES JUDGE

1