**Gmail**

Jimmy Chotikarnkul <jimmycho1975@gmail.com>

---

# Documents for tomorrow meeting

1 message

---

**Jimmy Chotikarnkul** <jimmycho1975@gmail.com>      Mon, May 5, 2025 at 11:34 AM
To: Thomas Fontes <Thomas@asu-llc.com>, Kulisara Jinawong <kulisara4jinawong@gmail.com>, Jimmy Chotikarnkul <jimmycho1975@gmail.com>

HI Thomas & Sara.

Look forward to seeing you tomorrow.

Thank you so much,
Jimmy

---

**6 attachments**



**Scan.jpeg**
54K



**Scan 1.jpeg**
56K

**Scan 2.jpeg**
43K

Case 2:25-cv-01341-NJB-MBN    Document 61    Filed 08/05/26    Page 2 of 2



**Scan 3.jpeg**
30K

**Scan 4.jpeg**
29K

**Scan 5.jpeg**
28K