**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNOR PULLIAM, ET AL.**

**VERSUS**

**BANANA BLOSSOM THAI CAFÉ,**
**LLC, ET AL.**

**CIVIL ACTION NO. 25-1341**

**SECTION "G" (5)**

<u>**PROPOSED VOIR DIRE QUESTIONS**</u>

    Plaintiffs Connor Pulliam, Eric Truong, Majella "MJ" Villaeba, Katherin Templeton, Assata Simpson, Pakanan Tonsakul, Camren White, Kaylen Marbry, and Vincent White, by and through undersigned counsel, respectfully submit the following Proposed Voir Dire Questions.

Respectfully submitted:

MOST & ASSOCIATES

KENNETH C. BORDES,
ATTORNEY AT LAW, LLC

_____

WILLIAM MOST (LA. BAR NO. 36914)
HOPE PHELPS (LA. BAR NO. 37259)
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

_____

KENNETH C. BORDES (LA. BAR NO. 35668)
ABIGAIL FLORESCA (LA. BAR NO. 41248)
3914 Canal St.
New Orleans, LA 70119
Telephone: 504-588-2700
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*

1. Have you ever sued an employer?

2. Do any of you own a business and have employees?

   - Have you ever been sued in your capacity as an employer?

3. Have you ever had a disagreement with an employer regarding pay?

   - How did it end?

4. Do any of you know or recognize any of the following individuals involved in this case?

   - **Plaintiffs:**

     - Connor Pulliam,

     - Eric Truong,

     - Majella "MJ" Villaeba,

     - Katherin Templeton,

     - Assata Simpson,

     - Pakanan Tonsakul,

     - Camren White,

     - Kaylen Marbry, or

     - Vincent Nguyen.

   - **Defendants:**

     - Rattanasak Chotikarnkul (also known as "Jimmy Cho").

   - **Witnesses/Managers:**

     - Kulisara Jinawong (also known as "Sara Saur") or

     - Christian Nguyen.

   - **Attorneys:**

     - William Most,

- ■ Hope Phelps,

- ■ Kenneth C. Bordes,

- ■ Abigail Floresca,

- ■ John D. Perez, or

- ■ Mark R. Ladd.

5. Have any of you ever dined at, ordered from, or visited Banana Blossom Thai Café in Gretna, Louisiana?

- *If yes:*

  - ■ How often?

  - ■ Would anything about your experience as a customer make it difficult for you to be fair and impartial in evaluating a dispute between the restaurant and its workers?

6. Have you ever read, heard, or seen anything in the news, on social media, or online regarding this lawsuit, Banana Blossom, or Jimmy Cho?

7. Have you, or has any close family member or friend, ever worked in the hospitality or restaurant industry (as a host, server, bartender, busser, cook, kitchen manager, or dishwasher)?

- *If yes:*

  - ■ What was your/their role?

- Did you or they ever receive tips or participate in a tip pool?

8. Have you, or has anyone close to you, ever worked as a restaurant manager or owner?

9. Do you think employers have the responsibility to make sure their employees are paid for the labor they give to the employer?

10. In your view, what role, if any, should the local significance of a business play when deciding whether an employer complied with wage laws?

- Is there any scenario where you might feel a business owner was justified in bypassing legal tip-pool rules if they were trying to keep their business

afloat?

11. Under the Fair Labor Standards Act, there are strict rules on when an employer can pay below minimum wage and who can participate in a tip pool. Is there anything about your own experiences/beliefs regarding tips that would keep you from enforcing those laws as written?

- How do you feel about the idea of restaurant owners or managers taking a portion of employee tips to distribute to back-of-house staff or cover business fees?

12. If the evidence shows a manager worked as a server but also held management responsibilities, how would you go about deciding whether it was fair or lawful for them to share in the tip pool?

13. What are your thoughts on an employer deducting credit card processing fees or other expenses from an employee's tips or paycheck?

14. If a friend or family member told you they believed their employer was illegally withholding wages, what advice or thoughts would you share with them about how to handle it?

15. In your opinion, what is the appropriate way for a manager or owner to respond to an employee who speaks up about unpaid wages or illegal pay practices?

- Have you ever observed a situation in your own workplace where an employee brought up a compensation complaint? How was it handled by leadership?

- If a manager feels the employee's pay complaint is mistaken or unfounded, how do you think the manager should handle that situation?

- And if the evidence shows that instead of talking it out, the owner cut the employee's shifts and barred them from covering work, how would that strike you?

16. Defendants in this case have already stipulated (agreed) that they failed to pay overtime wages as required by law. Is there anyone who would hesitate to award full monetary damages for unpaid wages if the evidence supports it?

17. Is there any reason—personal, medical, financial, or otherwise—why you could not give your full attention to a trial that is estimated to last approximately three to five days?

18. What sources do you most rely on for news?

19. What public figures do you admire the most and why?