**MINUTE ENTRY**
**NORTH, M.J.**
**AUGUST 11, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-1341** |
| **BANANA BLOSSOM THAI CAFE, LLC, ET AL.** | **SECTION: "G"(5)** |

As a result of on-going discussions among the Court and the parties, the Court was advised this date that a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**HONORABLE NANNETTE JOLIVETTE BROWN**

MJSTAR (2:00)