**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 25-1341** |
| **VERSUS** | |
| | **SECTION "G" (5)** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | |

**Notice of Consent of Collective Action Member and Declaration**

Notice of Consent of Collective Action Member:     **Mariecar Garcia**

1.  I, William Most, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

2.  My name is William Most and I am over the age of 18 and competent to make this declaration.

3.  In R. Doc. 37, this Court ordered Plaintiffs to send the Proposed Notice and Consent Forms to the class members.

4.  That notice allowed potential collective action members to sign a notice of consent form "electronically by going to this secure site: https://mostandassociates.com/bananablossom", and that the form would automatically be delivered via email to the law firm representing Named Plaintiffs.

5.  Attached to this declaration is the consent form at https://mostandassociates.com/bananablossom, and the result of that form being filled out by the above-named member.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

1

Respectfully Submitted,

/s/ *William Most*

William Most, 36914
Hope Phelps, 37259
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 500-7974
Fax: (504) 414-6400
williammost@gmail.com
hopeaphelps@outlook.com

-and-

Kenneth C. Bordes, #35668
KENNETH C. BORDES,
ATTORNEY AT LAW LLC
4224 Canal St. 70119
New Orleans, LA 70119
Phone: (504) 588-2700
Fax: (504) 708-1717
Email: KCB@KennethBordes.com

*Counsel for Plaintiffs*



New Orleans, LA - (504) 509-5023

CLICK HERE TO READ COLLECTIVE ACTION NOTICE
CLICK HERE TO READ LAWSUIT COMPLAINT
CLICK HERE TO READ COURT RULING ON COLLECTIVE CERTIFICATION
CLICK HERE TO READ DEFENDANTS' ANSWER

### CONSENT TO JOIN WAGE CLAIM AGAINST BANANA BLOSSOM THAI CAFÉ, LLC

1. I consent, agree, and opt-in to the Action filed against Banana Blossom, to pursue my claims of unpaid wages during my employment with the company.

2. I understand that this Action is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the Named Plaintiffs' attorneys as my attorney(s) to prosecute my wage claims. (Note: If you desire to be represented by other counsel, please provide them with this information, as Named Plaintiffs' attorneys will not take any action on your behalf).

4. I consent to having the Representative Named Plaintiffs in the complaint against Banana Blossom Defendants make all the decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiffs' Counsel regarding attorney's fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize Plaintiffs' Counsel to use this Consent to re-file my claim in a separate action or arbitration against Banana Blossom Defendants should the need arise.

Name

First Name  (required)                                    Last Name  (required)


..(red)

Team  Testimonials  News  Case Studies    **Contact**

## Address

Country

United States ⌄

Address Line 1 (required)

Address Line 2

City (required)          State (required)          ZIP Code (required)

## Phone

## Date

mm/dd/yyyy 📅

**Submit**

MOST &
ASSOCIATES



**Contact**

Team   Testimonials   News   Case Studies

**Contact**

201 St. Charles Ave., Ste. 2500 #9685

New Orleans, Louisiana 70170

Phone: (504) 509-5023

Fax: (504) 414-6400



Case 2:25-cv-01341-NJB-MBN    Document 65    Filed 08/12/26    Page 6 of 6

 Gmail

**William Most <williammost@gmail.com>**

---

# Form Submission - Banana Blossom Consent Form Form

1 message

---

**Squarespace** <form-submission@squarespace.info>       Mon, Aug 10, 2026 at 3:43 PM
Reply-To ███████████████████
To: williammost@gmail.com

Sent via form submission from *Most & Associates*

**Name:** Mariecar Garcia

**Email:** ██████████████████

**Address:** █████████████████████████████████████████

**Phone:** ████████████

**Date:** August 10, 2026

Manage Submissions

Does this submission look like spam? Report it here.