**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.                CIVIL ACTION NO. 25-1341

VERSUS                                SECTION "G" (5)

BANANA BLOSSOM THAI CAFÉ, LLC,        JUDGE NANNETTE JOLIVETTE BROWN
ET AL.                                MAG. JUDGE MICHAEL B. NORTH

---

**JOINT MOTION FOR STIPULATED JUDGMENT PRELIMINARILY**
**APPROVING SETTLEMENT AND RELEASE AGREEMENT**

NOW INTO COURT, through undersigned counsel, come all Plaintiffs and both Defendants, who jointly move this Court for a stipulated judgment preliminarily approving the parties' Settlement Agreement and Release, and who represent as follows:

1.      The parties have reached a settlement of every claim in this action. The executed Settlement Agreement and Release is submitted with this Motion for the Court's review.

2.      The settlement was reached after discussions between counsel and on the eve of a jury trial set to begin August 17, 2026. Both sides are represented by counsel and negotiated at arm's length.

3.      The settlement resolves a bona fide dispute over the hours Plaintiffs worked, the quantum of Defendants' diverted tip credit, the amount of tips diverted through the tip pool and through credit card fee deductions, and the sufficiency of Defendants' time and tip records.

4.      Defendants will pay Plaintiffs Nine Hundred Fifty Thousand and 00/100 Dollars ($900,000.00) in compromise for Plaintiffs' wage claims, overtime claims, their statutory penalty and liquidated damages claims, retaliation claims, LUTPA claims, conversion claims, attorney fees and costs. Payment is secured by an executed consent judgment and an acceleration provision.

5.      It is agreed that Plaintiffs are the prevailing parties and are entitled to their reasonable attorney's fees and costs under 29 U.S.C. § 216(b) and La. R.S. 23:632 which, as noted above, are included in the settlement amount. It is further agreed that attorney's fees and costs are resolved and are represented as $360,000.00 to attorney fees and $3,562.36 in costs of the $900,000.00 amount in Section III.

6.      This Court certified the FLSA collective on June 24, 2026 (R. Doc. 37) and ordered notice to potential collective members. The period for filing consents to join closes on August 13, 2026. The settlement covers every person who files a consent on or before that date, and the parties will file the final list of covered Plaintiffs and the allocation calculations within seven days after the consent period closes.

7.      The parties request that the Court preliminarily approve the settlement, and that the Court set the matter for final approval after the consent period closes and the final list of Plaintiffs is filed.

8.      The Parties further request that any order of dismissal expressly retain jurisdiction to enforce the Settlement Agreement until the settlement amount is paid in full. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

9.      A memorandum in support and a proposed order accompany this Motion.

WHEREFORE, the parties jointly pray that this Court preliminarily approve the Settlement Agreement and Release, enter the proposed Order submitted with this Motion, and grant all further relief that is just.

Respectfully submitted:

MOST & ASSOCIATES

/s/ William Most
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
williammost@gmail.com
hopeaphelps@outlook.com

Counsel for Plaintiffs


BUTLER McDONALD

/s/ John D. Perez
JOHN D. PEREZ (La. Bar No. 39302)
MARK R. LADD (La. Bar No. 30847)
2450 Severn Avenue, Suite 400
Metairie, LA 70001
Tel: (504) 285-5440
jperez@bmcdlaw.com

Counsel for Defendants

KENNETH C. BORDES,
ATTORNEY AT LAW, LLC

/s/ Kenneth C. Bordes
KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, LA 70119
Tel: (504) 588-2700
kcb@kennethbordes.com

Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Kenneth C. Bordes
KENNETH C. BORDES