**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CONNOR PULLIAM, ET AL. | CIVIL ACTION NO. 25-1341 |
| VERSUS | SECTION "G" (5) |
| BANANA BLOSSOM THAI CAFÉ, LLC, ET AL. | JUDGE NANNETTE JOLIVETTE BROWN MAG. JUDGE MICHAEL B. NORTH |

**ORDER OF PRELIMINARY APPROVAL**

This matter is before the Court on the Joint Motion for Stipulated Judgment Preliminarily Approving Settlement and Release Agreement. Having reviewed the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") executed by the parties, the Court finds that the Agreement resolves a bona fide dispute over Plaintiffs' claims under the Fair Labor Standards Act and Louisiana law, and that the settlement is fair, reasonable, and adequate. The Court finds that the Agreement was negotiated at arm's length by represented parties, following two settlement conferences conducted by the Magistrate Judge, and is not the product of collusion.

Accordingly, IT IS ORDERED that the Joint Motion for Stipulated Judgment Preliminarily Approving Settlement and Release Agreement is GRANTED, and that the settlement of the parties is PRELIMINARILY APPROVED. The terms of the parties' Settlement Agreement and Release are incorporated into this Order.

IT IS FURTHER ORDERED that the settlement covers every person who files a consent to join this collective action on or before August 13, 2026. Within seven (7) days after that date, the parties shall file the final list of Plaintiffs covered by the settlement together with the allocation calculations described in the Agreement under seal.

IT IS FURTHER ORDERED that the parties shall file a joint motion for final approval of the settlement within twenty-one (21) days after the filing of the final list of Plaintiffs, and shall thereafter file a stipulation of dismissal with prejudice.

IT IS FURTHER ORDERED that this Court retains jurisdiction over the enforcement of the Settlement Agreement and Release, including the entry of the consent judgment provided for in the Agreement upon an uncured default, until the settlement amount is paid in full.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**HON. NANNETTE JOLIVETTE BROWN**
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA