**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.                    CIVIL ACTION NO. 25-1341

VERSUS                                    SECTION "G" (5)

BANANA BLOSSOM THAI CAFÉ, LLC,            JUDGE NANNETTE JOLIVETTE BROWN
ET AL.                                    MAG. JUDGE MICHAEL B. NORTH

---

**CONSENT JUDGMENT**

Considering the Settlement Agreement and Release executed by all Plaintiffs and both Defendants (the "Agreement"), the consent of Defendants to the entry of this Judgment, and the affidavit of Plaintiffs' counsel filed herewith establishing the amount paid and the amount remaining unpaid under the Agreement, the Court finds as follows.

1.      The parties resolved every claim in this action by the Agreement, which the Court preliminarily approved on _____, 2026, and finally approved on _____, 2026. The Court expressly retained jurisdiction over the enforcement of the Agreement until the Settlement Amount is paid in full.

2.      Under Section III of the Agreement, Defendants agreed to pay Plaintiffs the sum of NINE HUNDRED THOUSAND AND 00/100 DOLLARS ($900,000.00), payable $250,000.00 up front and the remaining $650,000.00 in twelve consecutive monthly installments, the first eleven monthly installments of Fifty Four Thousand One Hundred Sixty-Six and 66/100 Dollars ($54,166.66) each, and the twelfth and final monthly installment of Fifty Four Thousand One Hundred Sixty-Six and 74/100 Dollars ($54,166.74). The first installment due thirty (30) days after timely payment of the payment of the initial $250,000.00 payment.

3.      Under Section VI of the Agreement, Defendants executed this Consent Judgment contemporaneously with the Agreement, and Plaintiffs' counsel held it, unfiled, unless and until

an Event of Default occurred and was not timely cured. Defendants consented in advance to its entry upon such a default, and waived any objection to its entry other than an objection that payment was in fact made.

4.      Defendants have defaulted under the Agreement. Plaintiffs' counsel gave the written notice required by Section 6.2, and the default was not cured within the period allowed. Under Section 6.3, the entire unpaid balance of the Settlement Amount is accelerated and is immediately due and payable in full, together with legal interest from the date of default and the reasonable attorney's fees and costs Plaintiffs incurred in enforcing the Agreement.

5.      The affidavit of Plaintiffs' counsel filed with this Judgment establishes that Defendants paid _____ Dollars ($_____) of the Settlement Amount, and that _____ Dollars ($_____) remains unpaid.

6.      Banana Blossom Thai Café, LLC and Rattanasak "Jimmy" Chotikarnkul are bound *in solido* for the Settlement Amount under Section 6.6 of the Agreement.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Plaintiffs CONNOR PULLIAM, ERIC TRUONG, MAJELLA "MJ" VILLAEBA, KATHERIN TEMPLETON, ASSATA SIMPSON, and PAKANAN TONSAKUL, and every Opt-In Plaintiff identified in Exhibit A to the Agreement, and against Defendants BANANA BLOSSOM THAI CAFÉ, LLC and RATTANASAK "JIMMY" CHOTIKARNKUL, *in solido*, in the principal amount of _____ AND ____/100 DOLLARS ($_____), representing the unpaid balance of the Settlement Amount after credit for all payments actually received.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs recover legal interest on that amount from the date of default, _____, 20____, until this

Judgment is entered, and post-judgment interest thereafter at the rate provided by 28 U.S.C. § 1961 until paid.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs recover from Defendants, *in solido*, the reasonable attorney's fees and costs incurred in enforcing the Agreement and obtaining this Judgment, in the amount of _____ Dollars ($_____), as established by the affidavit filed herewith. Alternatively, Plaintiffs may move for those fees and costs within fourteen (14) days of entry of this Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the attorney's fees and costs awarded to Plaintiffs' counsel under Section IV of the Agreement, in the amount of _____ Dollars ($_____), remain unpaid and are included in this Judgment in favor of MOST & ASSOCIATES, L.L.C. and KENNETH C. BORDES, ATTORNEY AT LAW, LLC.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the findings stipulated by Defendants in Section VII of the Agreement are adopted and incorporated into this Judgment, and are conclusively established between the parties for all purposes.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court retains jurisdiction to enforce this Judgment, and that Plaintiffs may proceed with any means of execution available under Federal Rule of Civil Procedure 69 and Louisiana law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon payment in full of the amounts awarded, Plaintiffs' counsel shall promptly file a satisfaction of judgment.

New Orleans, Louisiana, this _____ day of _____, 20_____.

_____
**NANNETTE JOLIVETTE BROWN**
CHIEF JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CONSENT TO ENTRY OF JUDGMENT**

Each of the undersigned Defendants, having read the foregoing Consent Judgment and the Settlement Agreement and Release, and having had the opportunity to consult with counsel, consents to the entry of the foregoing Consent Judgment upon an Event of Default that is not timely cured, as provided in Section VI of the Agreement. Each Defendant waives service of any motion to enter this Judgment, waives any objection to its entry other than an objection that the payment claimed to be missed was in fact made, and waives any right to appeal from it. Each Defendant acknowledges that Plaintiffs agreed to accept payment over twelve months, and to forgo the trial set for August 17, 2026, in reliance on this consent.

Sworn to and subscribed at _____, Louisiana, in the presence of the undersigned competent witnesses, and me, Notary Public, on this _____ day of _____, 2026.

Dated: _____                         _____
                                                BANANA BLOSSOM THAI CAFÉ, LLC

        By: _____
        Title: _____

Dated: _____                          _____
                                                RATTANASAK"JIMMY"
                                                CHOTIKARNKUL,
                                                individually

Witnesses:

_____              _____
Printed name: _____                          NOTARY PUBLIC
_____
Printed name: _____

**APPROVED AS TO FORM:**

MOST & ASSOCIATES, L.L.C.

_____/s/William Most_____
William Most (La. Bar No. 36914)
Hope Phelps (La. Bar No. 37259)
Counsel for Plaintiffs


KENNETH C. BORDES,
ATTORNEY AT LAW, LLC

_____/s/ Kenneth C. Bordes_____
Kenneth C. Bordes (La. Bar No. 35668)
Abigail Floresca (La. Bar No. 41248)
Counsel for Plaintiffs

BUTLER McDONALD

_____/s/John D. Perez_____
John D. Perez (La. Bar No. 39302)
Mark R. Ladd (La. Bar No. 30847)
Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CONNOR PULLIAM, ET AL.              CIVIL ACTION NO. 25-1341
VERSUS                             SECTION "G" (5)
BANANA BLOSSOM THAI CAFÉ, LLC,     JUDGE NANNETTE JOLIVETTE BROWN
ET AL.                             MAG. JUDGE MICHAEL B. NORTH

**AFFIDAVIT OF PLAINTIFFS' COUNSEL IN SUPPORT OF**
**ENTRY OF CONSENT JUDGMENT**

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared KENNETH C. BORDES, who, after being duly sworn, deposed and stated:

1.     I am counsel of record for Plaintiffs in this action. I have personal knowledge of the facts stated in this Affidavit.

2.     On _____, 2026, the parties executed a Settlement Agreement and Release. This Court preliminarily approved the Agreement on _____, 2026, and finally approved it on _____, 2026, retaining jurisdiction over its enforcement.

3.     Under the Agreement, Defendants owed Plaintiffs the Settlement Amount of $900,000.00, payable $250,000.00 up front and the remaining $650,000.00 in twelve monthly installments.

4.     Defendants have paid a total of _____ Dollars ($_____) toward the Settlement Amount. The dates and amounts of every payment received are listed on the schedule attached to this Affidavit.

5.     Defendants failed to make the installment due on _____, 20____.

6.	On _____, 20\_\_\_\_, I gave written notice of the default to Defendants' counsel by email and by certified mail, as Section 6.2 of the Agreement requires. A copy of that notice is attached to this Affidavit. Defendants did not cure the default within the period allowed.

7.	The unpaid balance of the Settlement Amount is _____ Dollars ($_____). Under Section 6.3 of the Agreement, that balance is accelerated and is due in full.

8.	Plaintiffs incurred _____ Dollars ($_____) in reasonable attorney's fees and _____ Dollars ($_____) in costs in enforcing the Agreement. The supporting time and cost records are attached to this Affidavit.

9.	I make this Affidavit in support of the entry of the Consent Judgment executed by Defendants and filed herewith.

_____
KENNETH C. BORDES

Sworn to and subscribed before me this \_\_\_\_ day of _____, 20\_\_\_\_.

_____
NOTARY PUBLIC
Printed name: _____
Bar Roll / Notary ID No.: _____
My commission expires: _____