**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1341** |
| **BANANA BLOSSOM THAI CAFÉ, ET AL.** | **SECTION: "G"(5)** |

**Declaration of William Most**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case. I make this declaration based on personal knowledge and am able to testify about matters set forth in this Declaration.

2. By way of this Declaration, I verify the contents of our contemporaneously-recorded timesheets and costs.

3. I am the owner/managing partner of the firm Most & Associates, located in New Orleans, Louisiana, and have acted as counsel on this matter. Our firm specializes in civil rights cases and employment cases, including FLSA cases like this one.

4. In this matter, the six named plaintiffs signed a contingency fee agreement that provided that, in the event of a lump sum settlement agreement like here, "the Clients shall be shall be entitled to 60% of any recovery minus out-of-pocket costs and the Lawyers shall be entitled to 40% of any recovery plus out-of-pocket costs."

5. We assessed this case as having significant risk, given that it was against a small business with a single owner, a fact pattern that runs the risk of possible lack of collectability due to insolvency or bankruptcy.

6. The time recorded and sought here was all incurred in pursuit of this case.

7. We have done our best to keep all time spent and billed as reasonable as possible.

8. A summary is as follows:

| Staff | Hours | Rate | Total |
|---|---|---|---|
| William Most (15 years) | 74.1 | $450[1] | $33,345 |
| Lydia Wright (12 years) | 3 | $425[2] | $1,275 |
| Hope Phelps (10 years) | 121.5 | $400[3] | $48,600 |
| Paralegal Veronica Barnes | 30.1 | $150[4] | $4,515 |

[1] *See Smith v. Metro Sec, Inc.,* No. CV 18-953, 2019 WL 3521923 (E.D. La. July 29, 2019) (approving an hourly rate of $375.00 [$490 in 2026 dollars] in an FLSA case for an attorney with 15 years of experience); *REC Marine Logistics, L.L.C. v. Richard*, No. 19-11149, 2020 WL 1527766, at *3 (E.D. La. Mar. 27, 2020) (finding $375.00 an hour [$484 in 2026 dollars] for attorney with 13 years' experience reasonable in district); *Warder v. Shaw Grp., Inc*., 2016 WL 3447950, at *2–3 (E.D. La. June 23, 2016) (awarding hourly rates of $ 325 [$452 in 2026 dollars] for partner with 14 years of experience); *Sanchez v. Pizzati Enters., Inc*., No. 17-9116, 2018 WL 3954866, at *4 (E.D. La. Aug. 16, 2018) (Brown, C.J.) (finding $325 [$432 in 2026 dollars] to be a reasonable hourly rate for an attorney with 15 years of experience). *See also Scola v. Facebook Inc.,* 18-cv-05135 (San Mateo Sup. Ct., June 21, 2021) (applying $850 per hour Lodestar rate to William Most in approving class settlement).

[2] *Cajun Services Unlimited LLC v. Benton Energy Service Company*, 17-cv-00491, R. Doc. 309 (E.D. La., Jan. 23, 2020) ($350 [$452 in 2026 dollars] reasonable for attorney with 11 years of experience); *Charles v. LeBlanc*, 18-cv-0541, R. Doc. 860 (W.D. La. Sept. 11, 2025) ($400 per hour for attorney with eleven years' experience as a lawyer); *Perkins v. Pel Hughes Printing*, *LLC*, 17-cv-06689, R. Doc. 48 (E.D. La. Aug. 6th, 2018) ($300 [$399 in 2026 hours] reasonable for attorney with twelve years' experience).

[3] *EnVen Energy Ventures, LLC v. Black Elk Energy Offshore Operations, LLC*, No. 14- 424, 2015 WL 3505099, at *2 (E.D. La. June 2, 2015) (awarding $300 [$423 in 2026 dollars] for an attorney with 10 years of experience); *Wagner v. Boh Bros. Const. Co*., LLC, No. 11-2030-JCW, 2012 WL 3637392 at*16 (E.D. La. Aug. 22, 2012) (in employment discrimination case, awarding hourly rates of $275 [$400 in 2026 dollars] for attorney with 10 years' experience); *Jones v. New Orleans Regional Physician Hospital Organization*, Civil Action No. 17-8817, 2019 WL 6770029 at *2 (E.D. La., Dec. 12, 2019) ($300 per hour [$392 in 2026 dollars] for a 10-year lawyer).

[4] *Loiacano v. DISA Global Sols*., Civ. A. No. 14-1750, 2016 WL2926679, at *2 (E.D. La. May 19, 2016) (awarding $150.00/hour [$209 in 2026 dollars] for a paralegal); *Ranger Steel Services, LP v. Orleans Materials & Equip., Co*., 10-112, 2010 WL 3488236, at *3 (E.D. La. Aug. 27, 2010) (finding rate of $100/hr. [$153 in 2026 dollars] for a paralegal reasonable); *United States ex rel. McNeil v. Jolly,* 451 F. Supp. 3d 657, 675 (E.D. La. 2020) (awarding $125/hr [$161 in 2026 dollars] for the work of a paralegal).

9. Defendants' conduct significantly contributed to the number of hours in this case. Because Defendants did not keep adequate time records, we had to comb through what records exist to try to reconstruct employment history and work history.

10. Also, because Defendants did not provide reliable lists of employees, we had to comb through records to build our own list of employees and contact information.

11. Given that much of our work uses fee-shifting statutes like Section 1988, I extensively research and keep track of attorneys fees decisions.

12. I also verify that based on my research, these rates are within the range of what has been adjudicated by courts as reasonable for this jurisdiction.

13. Our total accounted-for costs, as detailed below, came to $3,549.00.

- 6/30/2025 Filing Fee $405.00
- 7/16/2025 Research Cost re: Banana Blossom $110.91
- 8/1/2025 Payment for Service Costs $220.00
- 4/22/2026 Mailing LUTPA letter to AG $6.00
- 5/15/2026 Translator for Jinawong Depo $226.98
- 6/14/2026 30b6 Deposition Transcript $644.60
- 6/19/2026 Christian Nguyen Deposition Transcript $419.70
- 6/19/2026 Service of subpoenas on Jinawong and Nguyen $380
- 7/14/2026 Receipt for Notice Mailing $26.64
- 7/29/2026 Deposition of Kulisara Jinawong $242.50
- 7/30/2026 Payment for hearing transcript $91.70
- 8/4/2026 Translator for trial $226.98

- 8/5/2026 Bench book printing and delivery - Banana Blossom $141.35

14. One cost of $13.36 is unaccounted for. And one cost - $420 for service of trial subpoenas – was invoiced and paid after the motion for settlement approval, and so is not included.

15. I verify that our time reporting included in this declaration is drawn from our contemporaneous time recording.

I swear under penalty of perjury that the foregoing is true and correct.

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

September 4, 2026