**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1341** |
| **BANANA BLOSSOM THAI CAFÉ, ET AL.** | **SECTION: "G"(5)** |

**Declaration of Kenneth Bordes**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is Kenneth Bordes. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case. I make this declaration based on personal knowledge and am able to testify about matters set forth in this Declaration.

2. By way of this Declaration, I verify the contents of our contemporaneously-recorded timesheets and costs.

3. I am the owner/managing partner of Kenneth C. Bordes, Attorney at Law, LLC, located in New Orleans, Louisiana, and have acted as counsel on this matter. Our firm specializes in wage and employment cases, including FLSA cases like this one.

4. In this matter, the six named plaintiffs signed a contingency fee agreement that provided that, in the event of a lump sum settlement agreement like here, "the Clients shall be shall be entitled to 60% of any recovery minus out-of-pocket costs and the Lawyers shall be entitled to 40% of any recovery plus out-of-pocket costs."

5. We assessed this case as having significant risk, given that it was against a small business with a single owner, a fact pattern that runs the risk of possible lack of collectability due to insolvency or bankruptcy.

6. The time recorded and sought here was all incurred in pursuit of this case.

7. We have done our best to keep all time spent and billed as reasonable as possible.

8. A summary is as follows:

| **Staff** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Kenneth Bordes (12 years) | 91.2 | $425 | $38,760 |
| Abigail Floresca (2 years) | 48.8 | $275 | $13,420 |

9. Defendants' conduct significantly contributed to the number of hours in this case. Because Defendants did not keep adequate time records, we had to comb through what records exist to try to reconstruct employment history and work history.

10. Also, because Defendants did not provide reliable lists of employees, we had to comb through records to build our own list of employees and contact information.

11. Our total costs, came to $380 for subpoena service for Christian Cuong Van Nguyen.

12. I verify that our time reporting included in this declaration is drawn from our contemporaneous time recording.

I swear under penalty of perjury that the foregoing is true and correct.

*/s/ Kenneth C. Bordes*____________________
Kenneth C. Bordes

Sept. 4, 2026