**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CONNOR PULLIAM, ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-1341 |
| BANANA BLOSSOM THAI CAFÉ, ET AL. | SECTION: "G" (5) |

**<u>*EX PARTE* MOTION FOR EXTENSION OF TIME</u>**

NOW INTO COURT come all Plaintiffs who file this Motion seeking to extend the time to reopen this action if settlement is not consummated. The Motion is unopposed.

1.

The Joint Motion for Stipulated Judgment Preliminarily Approving Settlement and Release Agreement was filed with the consent of all parties on August 13, 2026, moving this Court for approval of a $900,000 settlement that resolves Plaintiffs' claims in this litigation. Rec. Doc. 66.

2.

On August 14, 2026, this Court ordered "that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated," and on August 17, 2026, the Court ordered supplemental briefing concerning the calculation of each Plaintiff's individual recovery, the requested attorneys' fees, and costs. Rec. Docs. 67 and 68.

3.

Plaintiffs' filed the supplemental briefing on September 4, 2026, without opposition of the relief requested from Defendants. Rec. Doc. 69.

4.

October 9, 2026, is the deadline to reopen the action if settlement is not consummated. Out of an abundance of caution, considering that an order on the motion for approval of the settlement has not issued and as such the settlement has not been consummated, Plaintiffs request that this Court grant an extension of time to reopen the action.

5.

Pursuant to Local Rule 7.6, Undersigned counsel certifies that on October 8 and October 9, 2026, they contacted counsel for Defendants to obtain consent for the extension of time, and at the time of filing had received no response.

**WHEREFORE**, all Plaintiffs respectfully request that this Court grant their *Ex Parte* Motion for Extension of Time and extend the deadline to reopen the case.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-500-7974
E-Mail: hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*