**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CONNOR PULLIAM, ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-1341 |
| BANANA BLOSSOM THAI CAFÉ, ET AL. | SECTION: "G" (5) |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Extension of Time;

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that, upon good cause shown, within sixty days of the issuance of an order on the motion for approval of the settlement this action may be reopened if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter

New Orleans, Louisiana, this ________ day of ________________________, 20______.

______________________________
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE