**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** <br><br> **VERSUS** <br><br> **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | **CIVIL ACTION NO. 25-1341** <br><br> **SECTION "G" (5)** |

**Consent Motion to Set a Status Conference**

NOW INTO COURT, come Plaintiffs Connor Pulliam, Eric Truong, Majella Villaeba, Katherine Templeton, Assata Simpson, and Pakanan Tonsakul, who move this Court to set a status conference for the purpose of discussing the death of one of the defendants.

Recently Defendant Jimmy Cho died. Plaintiffs suggest that it would be helpful to hold a status conference to discuss a path forward.

WHEREFORE, Plaintiffs request a status conference. Defendants' counsel does not object to the request for a status conference.

Respectfully Submitted:

Counsel for Plaintiffs,

*/s/ William Most*
William Most, 36914
Hope Phelps, 37259
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 500-7974
Fax: (504) 414-6400
williammost@gmail.com
hopeaphelps@outlook.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
2725 Lapeyrouse St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com