**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CONNOR PULLIAM, ET AL.** | **CIVIL ACTION NO. 25-1341** |
| **VERSUS** | **SECTION "G" (5)** |
| **BANANA BLOSSOM THAI CAFÉ, LLC, ET AL.** | |

**ORDER**

IT IS ORDERED that *Plaintiffs' Motion to Set a Status Conference* is GRANTED.

A status conference in the above captioned matter shall be set for the ______ day of __________, 202__, at ______ a.m./p.m.

New Orleans, Louisiana, this _______________ day of ____________, 2026.

________________________________________
JUDGE